# Schedule A

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Ain't No Stoppin' Us Now |
| Line 3 | Writer(s) | John Whitehead; Gene McFadden; Jerry Cohen |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/2/79   6/13/79 |
| Line 6 | Registration No(s). | PAu 94-303  PA 47-091 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Cold Sweat a/k/a Cold Sweat (Part I) |
| Line 3 | Writer(s) | James Brown; Alfred Ellis |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company |
| Line 5 | Date(s) of Registration | 7/6/67   3/13/73 |
| Line 6 | Registration No(s). | Eu 3467   Ep 310532 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Givin' It Up For Your Love |
| Line 3 | Writer(s) | Jerry Williams |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc.; EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 5/23/79 |
| Line 6 | Registration No(s). | PA 35-915 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Hello It's Me |
| Line 3 | Writer(s) | Todd Rundgren |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 7/29/68   3/13/69 |
| Line 6 | Registration No(s). | Eu 66445   Ep 256362 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93   3/22/65 |
| Line 6 | Registration No(s). | RE 627-422   Eu 873659 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 6 | |
|---|---|---|---|
| Line 2 | Musical Composition | Shotgun | |
| Line 3 | Writer(s) | Autry DeWalt | |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. | |
| Line 5 | Date(s) of Registration | 1/7/65 | |
| Line 6 | Registration No(s). | Ep 196803 | |
| Line 7 | Date(s) of Infringement | 5/4/2007 | |
| Line 8 | Place of Infringement | Taste Entertainment Center | |

| Line 1 | Claim No. | 7 | |
|---|---|---|---|
| Line 2 | Musical Composition | Slip Away | |
| Line 3 | Writer(s) | William Armstrong; Wilbur Terrell; Marcus L. Daniel | |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. | |
| Line 5 | Date(s) of Registration | 5/26/67 | |
| Line 6 | Registration No(s). | Ep 231725 | |
| Line 7 | Date(s) of Infringement | 5/20/2005 | |
| Line 8 | Place of Infringement | Taste Entertainment Center | |

| Line 1 | Claim No. | 8 | |
|---|---|---|---|
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive | |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb | |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs | |
| Line 5 | Date(s) of Registration | 3/7/77<br>3/19/84 | 2/13/78<br>3/19/84 |
| Line 6 | Registration No(s). | Eu 761684<br>PA 209-625 | PA 178<br>PAu 618-264 |
| Line 7 | Date(s) of Infringement | 1/24/2006 | |
| Line 8 | Place of Infringement | Taste Entertainment Center | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Yes I'm Ready |
| Line 3 | Writer(s) | Barbara Mason |
| Line 4 | Publisher Plaintiff(s) | Dandelion Music Co., a division of Jamie Music Publishing Co.; Luther Randolph and Johnny Stiles d/b/a Stilran Music |
| Line 5 | Date(s) of Registration | 7/15/65    3/31/65 |
| Line 6 | Registration No(s). | Ep 205076    Eu 875465 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Touched A Dream |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs; R Kelly Publishing Inc. |
| Line 5 | Date(s) of Registration | 2/6/04 |
| Line 6 | Registration No(s). | PA 1-158-653 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Bump 'N' Grind |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs; R Kelly Publishing Inc. |
| Line 5 | Date(s) of Registration | 2/294 |
| Line 6 | Registration No(s). | PA 734-975 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Everybody Needs Love |
| Line 3 | Writer(s) | Eddie Holland; Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 12/16/92    10/1/64 |
| Line 6 | Registration No(s). | RE 601-627    Ep 193221 |
| Line 7 | Date(s) of Infringement | 5/4/07 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | If I Ever Fall In Love |
| Line 3 | Writer(s) | Carl Martin |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Gasoline Alley Music, Inc. d/b/a Gasoline Alley Music; Carl E. Martin and Darnell A. Van Rensalier, a partnership d/b/a Cameo Appearance By Ramses Music |
| Line 5 | Date(s) of Registration | 2/4/94 |
| Line 6 | Registration No(s). | PA 685-677 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Love Mechanic |
| Line 3 | Writer(s) | Paul E. Richmond |
| Line 4 | Publisher Plaintiff(s) | Music Gallery, Inc. |
| Line 5 | Date(s) of Registration | 11/10/03 |
| Line 6 | Registration No(s). | PAu 2-824-912 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 15 | |
| Line 2 | Musical Composition | It's Ecstasy When You Lay Down Next To Me | |
| Line 3 | Writer(s) | Nelson Pigford, Ekundayo Paris | |
| Line 4 | Publisher Plaintiff(s) | The Estate of Barry Eugene White d/b/a Seven Songs | |
| Line 5 | Date(s) of Registration | 8/3/77 | 10/31/77 |
| Line 6 | Registration No(s). | Eu 810052 | Ep 375557 |
| Line 7 | Date(s) of Infringement | 5/4/07 | |
| Line 8 | Place of Infringement | Taste Entertaiment Center | |