**08 C 1359**

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Broadcast Music, Inc., et al.

**DEFENDANTS**
Taste, Inc. d/b/a Taste Entertainment Center; Lawrence Simmons and Donald Simmons, each individually

**(b)** County of Residence of First Listed Plaintiff: New York
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Charles A. Laff
Michael Best & Friedrich, LLP
180 N. Stetson Avenue, Suite 2000, Chicago, Illinois 60601

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

PROPERTY RIGHTS: [x] 820 Copyrights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[x] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq.

**VII. PREVIOUS BANKRUPTCY MATTERS**

**VIII. REQUESTED IN COMPLAINT:**
JURY DEMAND: [x] No

**IX. This case** [x] is not a refiling of a previously dismissed action.

DATE: March 6, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Charles A. Laff

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT