AO 121 (6/90)

| TO:  Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN  ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION    [ ]APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| **DOCKET  NO.**<br>08C1359 **DATE FILED**<br>03/06/08 | |

| PLAINTIFF:<br><br>Broadcast Music, Inc.<br>320 West 57th Street<br>New York, NY 10019 | DEFENDANT:<br><br>Taste, Inc.<br>6331 S. Lowe Avenue<br>Chicago, IL 60621 |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1)   Pau 94-303, PA47-019 | Ain't No Stoppin' Us Now | John Whitehead, Gene McFadden<br>Jerry Cohen |
| 2)   Eu 3467, Ep 310532 | Cold Sweat<br>(ak/a/ Cold Sweat Part 1) | James Brown; Alfred Ellis |
| 3)                ( E E | ATTACHED  LIST) | |
| 4) | | |
| 5) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ x ] Other     [  ] Judgment | WRITTEN OPINION<br>ATTACHED [  ] Yes [  ] No | DATE RENDERED |
|---|---|---|
| CLERK<br><br>Michael W. Dobbins | (BY) DEPUTY CLERK<br><br>Thelma Murry-Sykes | DATE<br><br>03/12/08 |

# Schedule A

# *Schedule*

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | Ain't No Stoppin' Us Now |
| Line 3 | Writer(s) | John Whitehead; Gene McFadden; Jerry Cohen |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/2/79    6/13/79 |
| Line 6 | Registration No(s). | PAu 94-303  PA 47-091 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 2 |
|--------|-----------|---|
| Line 2 | Musical Composition | Cold Sweat a/k/a Cold Sweat (Part I) |
| Line 3 | Writer(s) | James Brown; Alfred Ellis |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company |
| Line 5 | Date(s) of Registration | 7/6/67    3/13/73 |
| Line 6 | Registration No(s). | Eu 3467    Ep 310532 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Givin' It Up For Your Love |
| Line 3 | Writer(s) | Jerry Williams |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc.; EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 5/23/79 |
| Line 6 | Registration No(s). | PA 35-915 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Hello It's Me |
| Line 3 | Writer(s) | Todd Rundgren |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 7/29/68    3/13/69 |
| Line 6 | Registration No(s). | Eu 66445    Ep 256362 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93    3/22/65 |
| Line 6 | Registration No(s). | RE 627-422    Eu 873659 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Shotgun |
| Line 3 | Writer(s) | Autry DeWalt |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 1/7/65 |
| Line 6 | Registration No(s). | Ep 196803 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Slip Away |
| Line 3 | Writer(s) | William Armstrong; Wilbur Terrell; Marcus L. Daniel |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 5/26/67 |
| Line 6 | Registration No(s). | Ep 231725 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77    2/13/78    3/19/84    3/19/84 |
| Line 6 | Registration No(s). | Eu 761684    PA 178    PA 209-625    PAu 618-264 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 9 |
|---|---|---|
| Line 2 | Musical Composition | Yes I'm Ready |
| Line 3 | Writer(s) | Barbara Mason |
| Line 4 | Publisher Plaintiff(s) | Dandelion Music Co., a division of Jamie Music Publishing Co.;  Luther Randolph and Johnny Stiles d/b/a Stilran Music |
| Line 5 | Date(s) of Registration | 7/15/65    3/31/65 |
| Line 6 | Registration No(s). | Ep 205076    Eu 875465 |
| Line 7 | Date(s) of Infringement | 5/4/2007 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 10 |
|---|---|---|
| Line 2 | Musical Composition | Touched A Dream |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs; R Kelly Publishing Inc. |
| Line 5 | Date(s) of Registration | 2/6/04 |
| Line 6 | Registration No(s). | PA 1-158-653 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 11 |
|---|---|---|
| Line 2 | Musical Composition | Bump 'N' Grind |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs; R Kelly Publishing Inc. |
| Line 5 | Date(s) of Registration | 2/294 |
| Line 6 | Registration No(s). | PA 734-975 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 12 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Everybody Needs Love |
| Line 3 | Writer(s) | Eddie Holland; Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 12/16/92      10/1/64 |
| Line 6 | Registration No(s). | RE 601-627     Ep 193221 |
| Line 7 | Date(s) of Infringement | 5/4/07 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 13 |
|--------|-----------|-----|
| Line 2 | Musical Composition | If I Ever Fall In Love |
| Line 3 | Writer(s) | Carl Martin |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Gasoline Alley Music, Inc. d/b/a Gasoline Alley Music; Carl E. Martin and Darnell A. Van Rensalier, a partnership d/b/a Cameo Appearance By Ramses Music |
| Line 5 | Date(s) of Registration | 2/4/94 |
| Line 6 | Registration No(s). | PA 685-677 |
| Line 7 | Date(s) of Infringement | 1/24/2006 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| Line 1 | Claim No. | 14 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Love Mechanic |
| Line 3 | Writer(s) | Paul E. Richmond |
| Line 4 | Publisher Plaintiff(s) | Music Gallery, Inc. |
| Line 5 | Date(s) of Registration | 11/10/03 |
| Line 6 | Registration No(s). | PAu 2-824-912 |
| Line 7 | Date(s) of Infringement | 5/20/2005 |
| Line 8 | Place of Infringement | Taste Entertainment Center |

| | | |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | It's Ecstasy When You Lay Down Next To Me |
| Line 3 | Writer(s) | Nelson Pigford, Ekundayo Paris |
| Line 4 | Publisher Plaintiff(s) | The Estate of Barry Eugene White d/b/a Seven Songs |
| Line 5 | Date(s) of Registration | 8/3/77      10/31/77 |
| Line 6 | Registration No(s). | Eu 810052      Ep 375557 |
| Line 7 | Date(s) of Infringement | 5/4/07 |
| Line 8 | Place of Infringement | Taste Entertaiment Center |