# EXHIBIT D



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | TASTE, INC. | **File Number** | 51889932 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 10/26/1979 | **State** | ILLINOIS |
| **Agent Name** | LAWRENCE E SIMMONS | **Agent Change Date** | 00/00/0000 |
| **Agent Street Address** | 6331 S LOWE AVE | **President Name & Address** | LAWRENCE SIMMONS 9123 CREGIER CHICAGO 60617 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | DONALD SIMMONS 35 HUNTLY CT CRETE 60417 |
| **Agent Zip** | 60621 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 10/31/2007 | **For Year** | 2007 |

**Return to the Search Screen**        Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**