# EXHIBIT E

Case 1:08-cv-01359   Document 10-6   Filed 05/05/2008   Page 1 of 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08 C 1359
AFFIDAVIT OF SPECIAL PROCESS SERVER

**William Donahue**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:
SEX: -------        RACE: -------        APPROXIMATE AGE: -----

5. ( ) That the place where and the time of day when the documents were served were as follows:
PLACE: -------
TIME OF DAY: -------

6. ( X ) That he was unable to serve the within named party **Lawrence E. Simmons** located at **9123 Cregier, Chicago, IL** for the reason: **Attempted service on 3/14/08 @ 10:30am and no answer. Attempted service on 3/16/08 @ 1:10pm and observed someone in the residence moving the curtains; unable to obtain visual discription. Attempted service on 3/17/08 @ 5:30pm, 3/22/08 @ 10:10am, 3/28/08 @ 7:45am, 3/30/08 @ 6:45pm, 4/3/08 @ 7:20pm and all above attempts no answer. Attempted service on 4/9/08 @ 8:00am and per female, spoke to through door, stated that subject was not home and that she was not a household member. Subject is possibly avoiding. Therefore, I was unable to contact the subject and effect service.**

Signed and Sworn to before me
This **10th** day of **April 2008**.

_____
William Donahue
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 C 1359**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**William Donahue**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1.   ( ) By leaving a copy with the named party, ------- personally on -------.

2.   ( ) On the within named party, --------, by leaving a copy with --------, --------, who states that they are a member of the household on --------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on --------.

3.   ( ) On the within party, ------- by leaving a copy with --------, on --------, and informed that person of the contents thereof.

4.   ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------        RACE: -------        APPROXIMATE AGE: -------

5.   ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6.   ( X ) That he was unable to serve the within named party **Lawrence E. Simmons** located at **6331 S. Lowe Ave., Chicago, IL 60621** for the reason: **Attempted service on 3/12/08 @ 4:00pm, 3/13/08 @ 5:15pm, 3/20/08 @ 9:30, 3/28/08 @ 7:45am, and all above attempts, the business was closed; no answer. Therefore, I was unable to contact the subject and effect service.**

Signed and Sworn to before me
This **10th** day of **April 2008**.

_____
William Donahue
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Broadcast Music, Inc., et al.

V.

Taste, Inc. d/b/a/ Taste Entertainment Center;
Lawrence Simmons and Donald Simmons

CASE NUMBER: **08 C 1359**

ASSIGNED JUDGE: **JUDGE GOTTSCHALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Lawrence E. Simmons
6331 S. Lowe Avenue
Chicago, IL 60621

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles A. Laff
Michael Best & Friedrich LLP
180 N. Stetson Avenue, Suite 2000
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

-----------------------------------------
(By) DEPUTY CLERK

March 6, 2008
-----------------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.