# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
BROADCAST MUSIC, INC., et al.,                :
                                              :   Civil Action No.: 1:08-CV-01359
                  Plaintiffs,                 :
                                              :   Judge Gottschall
        vs.                                   :   Magistrate Judge Keys
                                              :
TASTE, INC. d/b/a TASTE ENTERTAINMENT         :
CENTER; LAWRENCE SIMMONS and                  :
DONALD SIMMONS, each individually.            :
                                              :
                  Defendants.                 :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

| To: | Donald Simmons | Taste, Inc. | Lawrence Simmons |
|---|---|---|---|
| | 35 Huntly Ct. | c/o Lawrence E. Simmons | 9123 Cregier |
| | Crete, Illinois 60417 | 6331 S. Lowe Avenue | Chicago, Illinois 60617 |
| | | Chicago, Illinois 60621 | |

   PLEASE TAKE NOTICE that the undersigned attorneys will appear before U.S. District Judge Joan B. Gottschall, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, in Room 2325 or in the courtroom usually occupied by her, at 9:30 a.m. or as soon thereafter as counsel may be heard, on Thursday, May 8, 2008, and then and there present the accompanying MOTION FOR ALTERNATIVE SERVICE, a copy of which is hereby served upon you.

Dated: May 5, 2008

Respectfully submitted,

/s/Charles A. Laff
Charles A. Laff, Esq.
claff@michaelbest.com
Gretchen M. Hosty, Esq.
ghkotleba@michaelbest.com
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Gretchen M. Hosty, an attorney of record in this matter, certify that on May 5, 2008, I caused a copy of the following document:

**NOTICE OF MOTION**

to be served on the defendants by United States mail, first-class postage pre-paid:

>Donald Simmons
>35 Huntly Ct.
>Crete, Illinois 60417
>
>Taste, Inc.
>c/o Lawrence E. Simmons, as Registered Agent
>6331 S. Lowe Avenue
>Chicago, Illinois 60621
>
>Lawrence Simmons
>9123 Cregier
>Chicago, Illinois 60617

>*/s/Gretchen M. Hosty*
>Gretchen M. Hosty