# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1359 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Broadcast Music, Inc., et al vs. Taste, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiffs' motion for alternative service on Lawrence Simmons by courier, e.g., Federal Express or UPS, or specifically include and authorize the previous service of Summons and Complaint on Taste via the Secretary of State as service on Lawrence Simmons as well, considering that the correspondence sent via certified mail to Lawrence Simmons as registered agent of Taste pursuant to the Illinois Business Corporation Act was signed by Lawrence Simmons  [10] is granted.  Status hearing is set for 6/11/2008 at 9:30AM.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | RJ |
|---|---|---|