**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Broadcast Music, Inc., et al.
         Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01359
　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Taste, Inc., et al.
         Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 11, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 6/11/2008. The Plaintiff will be filing a Motion for Default Judgment. Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.