AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Broadcast Music, Inc., et al.

V.

Taste, Inc. d/b/a/ Taste Entertainment Center;
Lawrence Simmons and Donald Simmons

CASE NUMBER: **08 C 1359**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Lawrence E. Simmons
6331 S. Lowe Avenue
Chicago, IL 60621

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles A. Laff
Michael Best & Friedrich LLP
180 N. Stetson Avenue, Suite 2000
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**March 6, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | May 9, 2008 |
| NAME OF SERVER (PRINT) Gretchen M. Hosty | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Federal Express pursuant to court order dated May 9, 2008, on Lawrence Simmons at 6631 S. Lowe, Chicago, Illinois 60621, which is defendant's place of business, and 9123 Cregier, Chicago, Illinois 60617, which is defendant's place of residence. See attached delivery receipts.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 11, 2008
Date

*Signature of Server*

Michael Best & Friedrich LLP
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Kotleba, Gretchen Hosty (36645)**

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, June 11, 2008 8:17 AM
**To:** undisclosed-recipients
**Subject:** Online FedEx Tracking - 790502293533

----------------------------------------------------------------------
This tracking update has been requested by:
Name:    Gretchen Kotleba
E-mail:  ghkotleba@michaelbest.com
Tracking number          790502293533

Reference                018854-9011
Ship date                May 8, 2008
Destination              CHICAGO, IL
Delivery date            May 9, 2008 7:45 AM
Signed for by            Signature release on file
Service type             First Overnight Envelope

Tracking results as of Jun 11, 2008 8:16 AM CST

Date/Time                Location/Activity
May 9, 2008   7:45 AM    CHICAGO, IL/Delivered
              5:48 AM    BEDFORD PARK, IL/On FedEx vehicle for delivery
              5:47 AM    BEDFORD PARK, IL/At local FedEx facility
May 8, 2008  10:36 PM    CHICAGO, IL/At dest sort facility
             10:12 PM    CHICAGO, IL/Left origin
              3:45 PM    CHICAGO, IL/Picked up
              1:52 PM    /Package data transmitted to FedEx

Disclaimer
----------------------------------------------------------------------
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted
above. FedEx does not validate the authenticity of the request and does not validate,
guarantee or warrant the authenticity of the request, the requestor's message, or the
accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to
fedex.com.

**Kotleba, Gretchen Hosty (36645)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, June 11, 2008 8:16 AM |
| **To:** | undisclosed-recipients |
| **Subject:** | Online FedEx Tracking - 799850888376 |

---

This tracking update has been requested by:
Name:   Gretchen Kotleba
E-mail:  ghkotleba@michaelbest.com
Tracking number         799850888376

Reference               018854-9011
Ship date               May 8, 2008
Delivered to            Residence
Destination             CHICAGO, IL
Delivery date           May 9, 2008 8:10 AM
Signed for by           B.MCCORMICK
Service type            First Overnight Envelope

Tracking results as of Jun 11, 2008 8:15 AM CST

```
Date/Time              Location/Activity
May 9, 2008  8:10 AM    CHICAGO, IL/Delivered
             5:54 AM    SOUTH HOLLAND, IL/On FedEx vehicle for delivery
             5:51 AM    SOUTH HOLLAND, IL/At local FedEx facility
May 8, 2008  10:36 PM   CHICAGO, IL/At dest sort facility
             10:12 PM   CHICAGO, IL/Left origin
             3:45 PM    CHICAGO, IL/Picked up
             1:54 PM    /Package data transmitted to FedEx
```

Disclaimer
---
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the request and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

1



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 11, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **799850888376**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | CHICAGO, IL |
| **Signed for by:** | B.MCCORMICK | **Delivery date:** | May 9, 2008 08:10 |
| **Service type:** | First Overnight Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 799850888376 | **Ship date:** | May 8, 2008 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**  
CHICAGO, IL US

**Shipper:**  
Chicago, IL US

**Reference**                              018854-9011

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339