# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                            :
BROADCAST MUSIC, INC., et al.,              :
                                            :   Civil Action No.: 1:08-CV-01359
                      Plaintiffs,           :
                                            :   Judge Gottschall
         vs.                                :   Magistrate Judge Keys
                                            :
TASTE, INC. d/b/a TASTE ENTERTAINMENT       :
CENTER; LAWRENCE SIMMONS and                :
DONALD SIMMONS, each individually.          :
                                            :
                      Defendants.           :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b), and for the reasons stated in the Memorandum in Support of Motion for Default Judgment filed contemporaneously herewith, Plaintiffs respectfully move this Court for entry of default judgment ordering that:

(a) Defendants, Defendants' agents, servants, employees, and all persons acting under Defendants' permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(b) Defendants pay statutory damages in the amount of $45,000, which represents an award of $3,000 for each of the fifteen (15) claims of infringement, pursuant to 17 U.S.C. § 504(c);

(c) Defendants pay plaintiffs' costs, including reasonable attorney's fees in the amount of $11,415.90, pursuant to 17 U.S.C. § 505;

(d) Defendants pay interest on these awards pursuant to 28 U.S.C. § 1961.

This motion is supported by the Affidavits of Judith M. Saffer and Lawrence E. Stevens attached hereto as Exhibits, which establish Plaintiffs' claims for relief. Pursuant to Judge Gottschall's case management procedures, a Proposed Order will be sent via e-mail to Proposed_Order_Gottschall@ilnd.uscourts.gov.

Dated: June 16, 2008

                                      Respectfully submitted,

                                      /s/Charles A. Laff
                                      Charles A. Laff, Esq.
                                      claff@michaelbest.com
                                      Gretchen M. Hosty, Esq.
                                      ghkotleba@michaelbest.com
                                      Michael Best & Friedrich LLP
                                      Two Prudential Plaza
                                      180 North Stetson Avenue, Suite 2000
                                      Chicago, IL 60601
                                      (312) 222-0800
                                      (312) 222-0818

                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Gretchen M. Hosty, an attorney of record in this matter, certify that on June 16, 2008, I caused a copy of the following document:

**MOTION FOR DEFAULT JUDGMENT**

to be served on the defendants by United States mail, first-class postage pre-paid:

>Donald Simmons
>35 Huntly Ct.
>Crete, Illinois 60417
>
>Taste, Inc.
>c/o Lawrence E. Simmons, as Registered Agent
>6331 S. Lowe Avenue
>Chicago, Illinois 60621
>
>Lawrence Simmons
>9123 Cregier
>Chicago, Illinois 60617

                                                /s/Gretchen M. Hosty
                                                Gretchen M. Hosty