UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------X
:
BROADCAST MUSIC, INC., et al.,      :
                                    :       Civil Action No.: 1:08-CV-01359
            Plaintiffs,             :
                                    :
    vs.                             :
                                    :
TASTE, INC. d/b/a TASTE ENTERTAINMENT :
CENTER; LAWRENCE SIMMONS and        :
DONALD SIMMONS, each individually.  :
                                    :
            Defendants.             :
                                    :
------------------------------------X

## AFFIDAVIT OF JUDITH M. SAFFER

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

I, Judith M. Saffer, being sworn, says:

1. I am Assistant General Counsel of Plaintiff BROADCAST MUSIC, INC. ("BMI"). I am familiar with the facts and circumstances in this matter as well as BMI's structure and operation. This Affidavit is submitted in support of Plaintiffs' Motion for Default Judgment against Defendant Donald Simmons.

2. Through agreements with copyright owners such as music publishing companies and composers, BMI acquires non-exclusive public performance rights. BMI has acquired such rights from each of the other Plaintiffs in this action. BMI, in turn, grants to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, the

right to publicly perform any of the works in BMI's repertoire by means of "blanket license agreements".

3. BMI operates as a non-profit making music performing rights organization. It distributes all of its income, after deducting operating expenses and reasonable reserves, to its affiliated songwriters and music publishers, which include the other Plaintiffs in this action.

4. The complaint in this action alleges multiple claims of copyright infringement of certain musical compositions licensed by BMI, the copyrights of which are owned by the other Plaintiffs, arising out of unauthorized public performances of those musical works. Each of the musical compositions listed on line 2 of the Schedule of Plaintiffs' Complaint was registered with the Copyright Office on the date listed on line 5. A registration certificate bearing the number listed on line 6 was issued by the Copyright Office to the Plaintiff listed on line 4 or a predecessor in interest.

5. On or before the date listed on line 7 of the Schedule, BMI had been granted, by the other Plaintiffs, the right to publicly perform these compositions and to issue public performance license agreements to music users. These licenses permit music users to perform any of the over 6.5 million musical compositions in the BMI repertoire. In addition, BMI has been granted by the other Plaintiffs the right to maintain actions for infringement of the public performance rights in their musical compositions and to seek damages for such infringement.

Pursuant 28 U.S.C. §1746, I declare under penalty of perjury, that the foregoing is true and correct.

Date: 4/23, 2008.

*Judith M. Saffer*
JUDITH M. SAFFER

Sworn to before me on 4/23/08

NOTARY PUBLIC

KERRI HOWLAND-KRUSE
Notary Public, State of New York
No. 02HO6025666
Qualified in New York County
Commission Expires June 1, 2011