# EXHIBIT A

Case 1:08-cv-01359  Document 15-4  Filed 06/16/2008  Page 1 of 18

Date: FriDAy, MAy 20th, 2005
v Taste Disco, 6331 S. Lowe Ave., Chicago, IL 60621
phone: 773-873-6700

Name of Establishment: The Taste Disco

TIME ENTERED PREMISES: 5:20 AM/**PM**    TIME LEFT PREMISES: 7:02 AM/**PM**

14 TITLES, unknown

Page: 2 of 3

#1502 Rachel

| TIME AM/**PM** | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NP 5:25 | ✓ ✓ | | | | Hole In The Wall | Sonny Terry | ✓ | | | | | | |
| B 5:29 | ✓ ✓ | | | | Love Mechanic | Paul Richmond | ✓ | | | | | | |
| A 5:34 | ✓ ✓ | | | | I'll Be The One | Vanessa Williams | ✓ | | | | | | |
| A 5:39 | ✓ ✓ | | | | Being With You | Smokey Robinson | ✓ | | | | | | |
| B 5:44 | ✓ ✓ | | | | Givin' It Up For Your Love | Delbert McClinton | ✓ | | | | | | |
| H 5:48 | ✓ ✓ | | | | Back For More | unknown | ✓ | | | | | | |
| B 6:03 | ✓ ✓ | | | | Mustang Sally | Wilson Pickett | ✓ | | | | | | |
| B 6:08 | ✓ ✓ | | | | Hello It's Me | Isley Brothers | ✓ | | | | | | |
| A 6:12 | ✓ ✓ | | | | Try A Little Tenderness | Otis Redding | ✓ | | | | | | |
| A 6:16 | ✓ ✓ | | | | Midnight Train To Georgia | Gladys Knight | ✓ | | | | | | |
| A 6:21 | ✓ ✓ | | | | When It Comes To Love | Big Bad Voodoo Daddy | ✓ | | | | | | |
| B 6:26 | ✓ ✓ | | | | Word Up | Cameo | ✓ | | | | | | |
| B 6:32 | ✓ ✓ | | | | Get Low | Lil' John | ✓ | | | | | | |
| B/A 6:37 | ✓ ✓ | | | | Sexual Healing | Marvin Gaye | ✓ | | | | | | |
| B 6:42 | ✓ ✓ | | | | Slip Away | Clarence Carter | ✓ | | | | | | |
| 6:47 | | | | | Stopped log + DJ continued | | | | | | | | |

# CERTIFIED INFRINGEMENT REPORT

(WRS)

Page: 1 of 3

Log Date: Day of the Week __FRIDAY__ Month __MAY 20th__ Date __20th__ Year __2005__

Name of Establishment __THE TASTE DISCO__

Address __6331 S. Lowe Ave. Zip 60621__

City __Chicago__ State __IL__ Telephone Number ( __773__ ) __873-6700__

### ENTRY FEES
☐ Admission/Cover - Amount: $_____   ☐ Ticketed - Price: $_____   ☐ Minimum - Amount: $_____   ☑ None

### TYPE OF PERFORMANCE
☐ Live   ☑ DJ   ☐ Karaoke   ☐ VJ

Number of Performers/DJs: __1__   Name of Act: __Bobby__

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| African American 130 lbs. | | M |
| | | |
| | | |
| | | |
| | | |
| | | |

**Recorded Music: Source And Type Of Equipment Used**

☑ CDs   ☐ Tapes   ☐ Records   ☐ Internet Source   ☐ Music Service: _____ (If Known)

☐ DVD   ☐ Video Tapes   ☐ Radio   ☐ Satellite Radio   ☐ Other: _____

☐ TV Monitors _____ # & Size     ☑ Large Screen TVs __1__ # & Size

**Speakers:**
Type: ☑ Ceiling - Estimated #: __1 set__     ☑ Box - Estimated #: __2 sets of 2__   ☐ Other

Description of Equipment And/Or Speakers: __DJ equipment located in Glassed-in Booth Approx. 15' x 10' x 8' High / Ceiling Speakers faced the Center Apex of Raised Dancefloor. The Box Speakers were Not Being used @ the time__

### Jukebox - None.
Name Vender Co: _____       ☐ Coin Operated   ☐ Free Play   ☐ Both
Brand: _____   Model: _____   JLO Cert No: _____
Vender Phone: ( ) _____        Date Issued: _____
Address: _____                  Expiration Date: _____

**Certified Infringement Report**

DATE: FRIDAY, MAY 20, 2005
The Taste Disco, 6331 S. Lowe Ave., Chicago, IL. 60621
Phone: 773-873-6700

Name of Establishment: The Taste Disco

TIME ENTERED PREMISES: 5:20 PM    TIME LEFT PREMISES: 7:04 PM

Page: 2 of 3

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5:25 | ✓ | | ✓ | | Hole in The Wall | Sonny Terry | | ✓ | | | | | |
| 5:29 | ✓ | | ✓ | | Love Mechanic | Paul Richmond | | ✓ | | | | | |
| 5:34 | ✓ | | ✓ | | I'll Be The One | Vanessa Williams | | ✓ | | | | | |
| 5:39 | ✓ | | ✓ | | Being With You | Smokey Robinson | | ✓ | | | | | |
| 5:44 | ✓ | | ✓ | | Givin' It Up For Your Love | Delbert McClinton | | ✓ | | | | | |
| 5:48 | ✓ | | ✓ | | Back For More | Unknown | | ✓ | | | | | |
| 6:03 | ✓ | | ✓ | | Mustang Sally | Wilson Pickett | | ✓ | | | | | |
| 6:08 | ✓ | | ✓ | | Hello It's Me | Isley Brothers | | ✓ | | | | | |
| 6:12 | ✓ | | ✓ | | Try A Little Tenderness | Otis Redding | | ✓ | | | | | |
| 6:16 | ✓ | | ✓ | | Midnight Train To Georgia | Gladys Knight | | ✓ | | | | | |
| 6:21 | ✓ | | ✓ | | When It Comes to Love | Big Bad Voodoo Daddy | | ✓ | | | | | |
| 6:26 | ✓ | | ✓ | | Word Up | Cameo | | ✓ | | | | | |
| 6:32 | ✓ | | ✓ | | Get Low | Li'l Jon | | ✓ | | | | | |
| 6:37 | ✓ | | ✓ | | Sexual Healing | Marvin Gaye | | ✓ | | | | | |
| 6:42 | ✓ | | ✓ | | Slip Away | Clarence Carter | | ✓ | | | | | |
| 6:47 | | | | | Stopped Log + DJ Continued | | | | | | | | |

revised document - 9.27.02

The TASTE Disco, 6951 S. Lowe Ave., Chicago, IL. 60621
Phone: 773-873-6700

Page: 3 of 3   WRS

**Name of Establishment:** The TASTE Disco

### DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.

[Hand-drawn diagram showing interior layout with the following labels: Booths, Tables & Chairs, Raised Ramp To Dance Floor, Glassed in 15'x10'x8' DJ Booth, Wooden Raised Dance Floor, Five Tier Ceiling Mirrored Bar, Bar Register, Gaming & Pool Tables, Spare Room, Section Admission of Booth, Admission Window Unmanned, Podium, Tables & Chairs, I Sat Here, Ramp to Adjoining Room, Entrance]

### DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)

[Hand-drawn diagram showing: W. 69th, Parking Lot, Podium, Canopy, Valet Double Doors, Parking, Sign on Pole, W. 63rd, S. Lowe Ave.]

### ESTABLISHMENT SIZE

☐ Posted Fire Occupancy:
None Posted

☒ *Estimated Occupancy:
450   *(IF NOT POSTED)

Estimated Size Of Crowd:
50

Approx Square Footage:
10,000

Is Alcohol Served?
☒ YES   ☐ NO

Name and number on Liquor License, if visible: Not Visible

Was Dancing permitted to Live, DJ, Karaoke or Recorded music?
☒ YES   ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that evening:

Pink & Green walls There was a Birthday Party in one section to the Left of The Dance Floor up a 30° Ramp into an Ajoining area

---

I/We, **W. Russell Scott** _____ hereby certify, based upon my personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

signature: W. Russell Scott   today's date: 5/22/05

revised document - 9.27.02

Certified Infringement Report

# CERTIFIED INFRINGEMENT REPORT

Page: 1 of 4

Log Date: Day of the Week **Tuesday**  Month **January**  Date **24**  Year **2006**

Name of Establishment **Taste Entertainment Complex**

Address **6331 S. Lowe**

City **Chicago**  State **IL**  Telephone Number ( **773** ) **873 - 6700**

## ENTRY FEES

☐ Admission/Cover - Amount: $_____  ☐ Ticketed - Price: $_____  ☐ Minimum - Amount: $_____  ☑ None

## TYPE OF PERFORMANCE

☐ Live  ☑ DJ  ☐ Karaoke  ☐ VJ

Number of Performers/DJs: **1**  Name of Act: _____

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| Jeans, white tennis shoes, brown sweater, African American | DJ | M |
| | | |
| | | |
| | | |
| | | |

**Recorded Music:** Source And Type Of Equipment Used

☑ CDs  ☐ Tapes  ☐ Records  ☐ Internet Source  ☐ Music Service: _____ (If Known)

☐ DVD  ☐ Video Tapes  ☐ Radio  ☐ Satellite Radio  ☐ Other: _____

☑ TV Monitors **2- 25"** # & Size   ☐ Large Screen TVs _____ # & Size

**Speakers:**
Type: ☐ Ceiling - Estimated # : _____   ☑ Box - Estimated #: **6**   ☐ Other

Description of Equipment And/Or Speakers: **Sound equipment behind bar. Portable DJ equipment setup on bar near stage.**

### Jukebox

Name Vender Co: _____  ☐ Coin Operated  ☐ Free Play  ☐ Both

Brand: _____  Model: _____  JLO Cert No: _____

Vender Phone: ( _____ ) _____  Date Issued: _____

Address: _____  Expiration Date: _____



revised document - 9.27.02    Certified Infringement Report

TIME ENTERED PREMISES: 8:00 P   TIME LEFT PREMISES: 11:40 P

Name of Establishment: Taste Entertainment Complex   Tuesday Jan. 24, 2006   Chicago, IL

## SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:30 P | | ☑ | ☑ | | If I Ever Fall In Love | Shai | | | | ☑ | | | |
| 8:35 P | | ☑ | ☑ | | Unknown | | | | | ☑ | | | |
| 8:56 P | | ☑ | ☑ | | Shower Me With Your Love | Surface | | | | ☑ | | | |
| 9:09 P | | ☑ | ☑ | | Somebody Loves You Baby (You Know Who It Is) | Patti Labelle | | | | ☑ | | | |
| 9:14 P | | ☑ | ☑ | | Right And A Wrong Way | Keith Sweat | | | | ☑ | | | |
| 9:19 P | | ☑ | ☑ | | Knockin' Da Boots | H-Town | | | | ☑ | | | |
| 9:25 P | | ☑ | ☑ | | I Do Love You | Guy | | | | ☑ | | | |
| 9:30 P | | ☑ | ☑ | | Unknown | | | | | ☑ | | | |
| 9:34 P | | ☑ | ☑ | | If I Ever Fall In Love | Shai | | | | ☑ | | | |
| 9:39 P | | ☑ | ☑ | | Bump And Grind | R. Kelly | | | | ☑ | | | |
| 9:44 P | | ☑ | ☑ | | Funny How Time Flies (When You're Having Fun) | Janet Jackson | | | | ☑ | | | |
| 9:48 P | | ☑ | ☑ | | Unknown | | | | | ☑ | | | |
| 9:53 P | | ☑ | ☑ | | Unknown | | | | | ☑ | | | |
| 9:57 P | | ☑ | ☑ | | Shower Me With Your Love | Surface | | | | ☑ | | | |
| 10:05 P | | ☑ | ☑ | | Understanding | Xscape | | | | ☑ | | | |
| 10:09 P | | ☑ | ☑ | | Rock The Boat | Aaliyah | | | | ☑ | | | |
| 10:12 P | | ☑ | ☑ | | Touched A Dream | R. Kelly | | | | ☑ | | | |
| 10:15 P | | ☑ | ☑ | | Happy People | R. Kelly | | | | ☑ | | | |
| 10:19 P | | ☑ | ☑ | | Step In The Name Of Love | R. Kelly | | | | ☑ | | | |
| 10:23 P | | ☑ | ☑ | | Mission To Please You | R. Kelly | | | | ☑ | | | |
| 10:26 P | | ☑ | ☑ | | Unknown | | | | | ☑ | | | |
| 10:32 P | | ☑ | ☑ | | Roll With Me | Robyn | | | | ☑ | | | |
| 10:41 P | | ☑ | ☑ | | Haunted House | Lee Oskar | | | | ☑ | | | |
| 10:49 P | | ☑ | ☑ | | Fly Robin, Fly | Silver Convention | | | | ☑ | | | |



Name of Establishment: Taste Entertainment Complex    Tues. Jan. 24, 2006    Chicago, IL

## SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:57 P | ☐ | ✓ | ✓ | ☐ | Stayin' Alive | Bee Gees | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 10:59 P | ☐ | ✓ | ✓ | ☐ | Thinking Of You | Sister Sledge | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:04 P | ☐ | ✓ | ✓ | ☐ | Just A Touch | Keith Sweat | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:06 P | ☐ | ✓ | ✓ | ☐ | I'm Every Woman | Chaka Khan | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:10 P | ☐ | ✓ | ✓ | ☐ | Baby I'm Scared Of You | Womack & Womack | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:17 P | ☐ | ✓ | ✓ | ☐ | You Used To Hold Me | Ralphi Rosario | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:22 P | ☐ | ✓ | ✓ | ☐ | Unknown | | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:30 P | ☐ | ✓ | ✓ | ☐ | Unknown | | ☐ | ✓ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 11:40 P | ☐ | ☐ | ☐ | ☐ | LEFT PREMISES - MUSIC STILL PLAYING | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |



revised document - 9.27.02

Certified Infringement Report

Page: 3 of 4

Name of Establishment: Taste Ent Complex   Tues Jan. 24, 2006     Chicago, IL

**DIAGRAM OF THE ESTABLISHMENT (INSIDE)***
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.

**DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)**

| ESTABLISHMENT SIZE | |
|---|---|
| ☐ Posted Fire Occupancy: | |
| ☑ *Estimated Occupancy: 1,011 | *(IF NOT POSTED) |
| Estimated Size Of Crowd: 40 | |
| Approx Square Footage: 2,000 in small room only | |
| Is Alcohol Served? ☑ YES ☐ NO | |
| Name and number on Liquor License, if visible: | |
| **Was** Dancing permitted to Live, DJ, Karaoke or Recorded music? ☑ YES ☐ NO | |
| Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that evening: Club has 2 rooms. Large main room, which was closed this night, and small room, which I logged. I was told by an employee that the capacity of the small room is 111. The capacity of the large room was raised from about 700 to 900. Small room has a dart game and a video screen. | |

I/We, BARRY SEIDEL _____, _____ hereby certify, based upon my
         print name                print name
personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

_____signature_____   2/6/06 today's date

_____signature_____   today's date

revised document - 9.27.02                              Certified Infringement Report



# CERTIFIED INFRINGEMENT REPORT

Page: 1 of 6

Log Date: Day of the Week **FRIDAY**   Month **MAY**   Date **4**   Year **2007**

Name of Establishment **TASTE ENTERTAINMENT CENTER**

Address **6331 S. LOWE AVE.**

City **CHICAGO**   State **IL**   Telephone Number **(773) 873-6700**

## ENTRY FEES

☐ Admission/Cover - Amount: $____   ☐ Ticketed - Price: $____   ☐ Minimum - Amount: $____   ☒ None

## TYPE OF PERFORMANCE

☐ Live   ☒ DJ   ☐ Karaoke   ☐ VJ

Number of Performers/DJs: **GERALD JONES / RICHARD PEGUE AND 1 UNKNOWN DJ FOR REGGAE PARTY**   Name of Act: **DISC JOCKEYS AND M.C.**

Description of Performers/DJs, etc.

| Description | Instrumentation/Vocal | M/F |
|---|---|---|
| GERALD JONES - BLACK, APPROX. 5'9" TALL, DK BROWN HAIR, MOUSTACHE + GLASSES, AGE 50 ish | DISC JOCKEY | M |
| RICHARD PEGUE - BLACK, APPROX. 5'8" TALL, BALDING, NO FACIAL HAIR, GLASSES, 60 ish | DISC JOCKEY | M |
| UNKNOWN - APPROX. 5'8" TALL, BLACK, HEAVY SET, 30 ish | DISC JOCKEY | M |
| RICHARD STEELE - BLACK, APPROX. 5'8" TALL, HEAVY SET, AGE 60's, GLASSES + MOUSTACHE | M.C. | M |

**Recorded Music:** Source And Type Of Equipment Used

☒ CDs   ☐ Tapes   ☐ Records   ☐ Internet Source   ☐ Music Service: _____ (If Known)

☐ DVD   ☐ Video Tapes   ☐ Radio   ☐ Satellite Radio   ☐ Other: _____

☒ TV Monitors **2 - 24" APPROX.** (# & Size)   ☐ Large Screen TVs **NONE** (# & Size)

**Speakers:**
Type: ☐ Ceiling - Estimated #: ____   ☒ Box - Estimated #: **15**   ☐ Other

Description of Equipment And/Or Speakers: **4 SONIC SPEAKERS IN 4 CORNERS OF DANCE FL. + 1 LARGE CERWIN VEGA NEAR DJ BOOTH. ON OPPOSITE SIDE OF DJ BOOTH - 2 BASS SPEAKERS. AT 11:37p - 8 MORE LARGE SPEAKERS (B-52's) WERE ADDED FOR REGGAE PARTY.**

## Jukebox

Name Vender Co: **NONE**   ☐ Coin Operated   ☐ Free Play   ☐ Both

Brand: **NONE**   Model: **NONE**   JLO Cert No: **NONE**

Vender Phone: ( ) **N/A**   Date Issued: **NONE**

Address: **N/A**   Expiration Date: **NONE**

revised document - 9.27.02

Certified Infringement Report

Name of Establishment: TASTE ENTERTAINMENT CENTER

TIME ENTERED PREMISES: 7:15 AM/**PM**   TIME LEFT PREMISES: 2:15 AM/**PM**

| TIME AM/**PM** | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:36p |  |  | X |  | I THINK I'LL TELL HER | RONNIE DYSON |  | X |  |  |  |  |  |
| 8:39p |  |  | XX |  | GOTTA GO | TREY SONG |  | X |  |  |  |  |  |
| 8:43p |  |  | XX |  | GOOD TIMES | THE JACKSONS |  | X |  |  |  |  |  |
| 8:48p |  |  | XX |  | UNKNOWN | UNKNOWN |  | X |  |  |  |  |  |
| 8:53p |  |  | XX |  | SUMMER MADNESS | KOOL AND THE GANG |  | X |  |  |  |  |  |
| 8:57p | X |  |  |  | DJ BREAK - ANNOUNCEMENTS |  |  | X |  |  |  |  |  |
| 9:10p |  |  | XX |  | UNKNOWN | UNKNOWN |  | X |  |  |  |  |  |
| 9:20p |  |  | XX |  | MONORAIL | THE JB'S |  | X |  |  |  |  |  |
| 9:31p |  |  | XX |  | EVERYBODY NEEDS LOVE | GLADYS KNIGHT AND THE PIPS |  | X |  |  |  |  |  |
| 9:36p |  |  | XX |  | UNKNOWN | UNKNOWN |  | X |  |  |  |  |  |
| 9:37p |  |  | XX |  | HOLLYWOOD SQUARES | BOOTSY COLLINS |  | X |  |  |  |  |  |
| 9:40p |  |  | XX |  | COLD SWEAT | JAMES BROWN |  | X |  |  |  |  |  |
| 9:46p |  |  | XX |  | FUNCTION AT THE JUNCTION | SHORTY LONG |  | X |  |  |  |  |  |
| 9:48p |  |  | XX |  | SHOTGUN | JR. WALKER AND THE ALL STARS |  | X |  |  |  |  |  |
| 9:49p |  |  | XX |  | TWINE TIME | ALVIN CASH & THE REGISTERS |  | X |  |  |  |  |  |
| ~~9:51p~~ 9:51p RW | X |  |  |  | DJ BREAK WITH M.C. RICHARD STEELE |  |  | X |  |  |  |  |  |
| 9:53p |  |  | XX |  | JUST GOT PAID | JOHNNY KEMP |  | X |  |  |  |  |  |
| 9:59p |  |  | XX |  | I'M A MAN | MUDDY WATERS |  | X |  |  |  |  |  |
| 10:00p | X |  |  |  | DJ BREAK WITH M.C. RICHARD STEELE |  |  | X |  |  |  |  |  |
| 10:04p |  |  | XX |  | BACK AT ONE | BRIAN MCKNIGHT |  | X |  |  |  |  |  |
| 10:06p |  |  | XX |  | ORDINARY PEOPLE | JOHN LEGEND |  | X |  |  |  |  |  |
| 10:11p |  |  | XX |  | UNKNOWN | MARY J. BLIGE |  | X |  |  |  |  |  |
| 10:16p | X ~~X~~ |  |  |  | DJ BREAK |  |  | X |  |  |  |  |  |
| 10:19p |  |  | XX |  |  |  |  |  |  |  |  |  |  |
| 10:34p |  |  | XX |  | CAUSE I LOVE YOU | LENNY WILLIAMS |  | X |  |  |  |  |  |

Name of Establishment: TASTE ENTERTAINMENT CENTER

## SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:33p | X | | | | STEP ON MY FEET | GUITAR MIKE | X | | | | | | |
| 10:42p | | X | X | | WALK AWAY FROM LOVE | ALI-OLLIE WOODSON | | X | | | | | |
| 10:47p | | X | X | | UNKNOWN | UNKNOWN | | X | | | | | |
| 10:50p | | X | X | | I'M READY | BARBARA MASON | | X | | | | | |
| 10:57p | | X | X | | DJ DON'T | GERALD LAVERT | | X | | | | | |
| 11:00p | | X | X | | THE GAGA SONG (DJ mix) | JAMES BROWN | | X | | | | | |
| 11:05p | X | | X | | UNKNOWN | UNKNOWN | | X | | | | | |
| 11:09p | | X | X | | UNKNOWN | UNKNOWN | | X | | | | | |
| 11:13p | | X | X | | UNKNOWN | UNKNOWN | | X | | | | | |
| 11:18p | | X | X | | UNKNOWN | UNKNOWN | | X | | | | | |
| 11:29p | | X | X | | UNKNOWN | UNKNOWN | | X | | | | | |
| 11:35p | | X | X | | ROCK THE BOAT | AALIYAH | | X | | | | | |
| 11:38p | | X | X | | CHILDREN OF THE NIGHT | THE JONES GIRLS | | X | | | | | |
| 11:33p | | X | X | | ECSTACY | BARRY WHITE | | X | | | | | |
| 11:36p | | X | X | | DO YOU WANNA GET FUNKY WITH ME | PETER BROWN | | X | | | | | |
| 11:38p | | X | X | | MORE BOUNCE TO THE OUNCE | ZAPP | | X | | | | | |
| 11:41p | | X | X | | FLASHLIGHT | PARLIAMENT | | X | | | | | |
| 11:43p | | X | X | | DISCO DAZZ | DAZZ BAND | | X | | | | | |
| 11:45p | | X | X | | ATOMIC DOG | GEORGE CLINTON | | X | | | | | |
| 11:49p | | X | X | | THE BREAKS | KURTIS BLOW | | X | | | | | |
| 11:50p | | X | X | | SHE'S A BAD MAMA JAMA | CARL CARLTON | | X | | | | | |
| 11:53p | | X | X | | AIN'T NO STOPPING US NOW | McFADDEN AND WHITEHEAD | | X | | | | | |
| 11:56p | | X | X | | GOOD TIMES | CHIC | | X | | | | | |
| 11:59p | | X | X | | JUST GOT PAID | JOHNNY KEMP | | X | | | | | |

Name of Establishment: **TASTE ENTERTAINMENT CENTER**

DIAGRAM OF THE ESTABLISHMENT (INSIDE)* (SEE PAGE 6 of 6) kwR.
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.

DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)

[Sketch: Lights, TASTE awning, doors, plaster patched walls, sidewalk, S. Lowe Ave, parking lot]

**ESTABLISHMENT SIZE**

☒ Posted Fire Occupancy: **237**

☐ *Estimated Occupancy: **N/A**  *(IF NOT POSTED)

Estimated Size Of Crowd: **150**

Approx Square Footage: **10,000**

Is Alcohol Served? ☒ YES ☐ NO

Name and number on Liquor License, if visible: **NOT VISIBLE**

Was Dancing permitted to Live, DJ, Karaoke or Recorded music? ☒ YES ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that evening:

Painted walls with a few mirrors. Not elaborate. 6 mirror balls clustered over dance area. Very simple décor. Unusual occurrence on other side.

I/We, **KURT W. RICE** (print name), **N/A** (print name) hereby certify, based upon my personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

signature: *Kurt W Rice*      today's date: **5-10-07**

revised document - 9.27.02      Certified Infringement Report

around ... waitress came to my table and told me that the current bartender was closing out, + she was going on break, so I needed to close out my bill. I was focused on my work, and she was begging me to buy her a drink, because she had no money. This was a serious distraction, so I said "OK Put it on my bill". She came back with my Guiness + a Long Island Ice tea for herself. Since I bought her drink, I didn't add a tip + she agreed. Being pressed to sign receipt (from waitress + work) I just signed + didn't bring the balance down. She took the bartender's copy + left mine (after much dialogue about her trying to take both receipts) After a while, I thought about where I was, and was concerned about not bringing balance down.

The waitress came back after her break, + asked me if I wanted another Guiness, + I said yes. The music got much louder. When I got ready to leave at 1:02A. I had to send another waitress to look for mine. She came back to close out my tab ($5.00) + told me that since I started a new tab, that I had to spend the credit card limit of $15.00. She suggested that I buy one more drink + a Guiness. This was bugging me, + the music was too loud + I really didn't get what she said. She came back with one more Guiness + and another Long Island Ice tea for herself! I said "Oh, no - take these drinks back + I'll go over to the bar + pay cash ($5.00) for my last Guiness." She took the cash + new receipt for the bill + came back with a big X on the receipt. I didn't sign the receipt. Then she handed me $19.0. cash after long discussion about this tampered receipt. She told me that the receipt was charged back, + I saw that she had put a $10.00 tip on receipt.

It turned out, after talking with the mgr. + owner that she forged a 10.00 tip on 1st receipt + $10.00 tip on second receipt, forged my signature on last receipt + last amount was charged to my card! And I never got a receipt for the $5.00 cash that I gave her for my last Guiness. The owner and I straightened it out (after threatening to sue) and I left premises at 2:15A. It also turned out that the $15.00 credit min. was for the whole evening.

*[signature]*

Name of Establishment: TASTE ENTERTAINMENT CENTER

SONG/SELECTION PERFORMED

| TIME (AM/PM) | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:08 | X | | | | UNKNOWN (REGGAE PARTY STARTS) | UNKNOWN | | X | | | | | |
| 12:09 | X | | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:17 | X | X | | | HOUSE CALL | MAXI PRIEST WITH SHABBA RANKS | | X | | | | | |
| 12:19 | X | X | | | UNKNOWN | SEAN PAUL AND SHABBA RANKS | | X | | | | | |
| 12:27 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:36 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:39 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:41 | X | X | | | I'M STILL IN LOVE WITH YOU | SEAN PAUL | | X | | | | | |
| 12:43 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:45 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:47 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:53 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:55 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 12:59 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 1:01 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 1:03 | X | X | | | UNKNOWN | UNKNOWN | | X | | | | | |
| 1:30 | X | X | | | UNKNOWN | UNKNOWN | | | | | | | |
| 1:36 | X | X | | | UNKNOWN | UNKNOWN | | | | | | | |
| 1:33 | X | X | | | UNKNOWN | UNKNOWN | | | | | | | |
| 1:38 | | | | | UNKNOWN | UNKNOWN | | | | | | | |
| 1:43 | | | | | LOC-ENDED | | | | | | | | |
| 2:15 | | | | | LEFT PREMISES | | | | | | | | |

Hand-drawn floor plan with the following labels:

- SPARE SPEAKERS USED AT 11:37P
- DJ BOOTH
- MIRRORED WALL
- HALL TO DJ BOOTH
- KITCHEN?
- SIDE ENTRANCE (CLOSED TO PUBLIC)
- BAR
- KOOL LOUNGE AREA
- SHORT WALL
- COUCH
- DOOR
- PHOTO ROOM?
- (WINDOW)
- RAMP
- STEP
- BOOTHS
- RAIL
- SPEAKERS
- BUFFET TABLE
- DANCE FL.
- FULL WALL
- WINDOW
- RAMP
- 6 MIRROR BALLS PLATFORM
- ME
- DOOR TO MAIN ROOM
- SHORT WALL
- FULL WALL
- DOOR
- LOBBY
- TICKET BOOTH
- WINDOW
- ENTRANCE
- PAY PHONE
- DOOR
- LADIES
- MEN
- DOOR
- SOLID BLOCK
- BAR
- MIRRORED WALL
- TV'S
- DOOR
- ZODIAC ROOM (NOT ACCESSIBLE)
- CLOSED GATE
- (AREA NOT ACCESSIBLE)
- SIDEWALK
- LOWE AVE.
- PARKING LOT

LEGEND
- ☐ / ⚬ with xx = TABLES + CHAIRS
- ⚬ = STOOLS

Taste Entertainment Center 5/4/07
Chicago, IL

