# EXHIBIT B



June 29, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago IL 60621

**VIA AIRBORNE EXPRESS**

Re: Taste. Inc.
Account Number: 2014911

Dear Mr. Simmons:

Taste Disco ("LICENSEE") signed a BMI Music License for Eating and Drinking Establishments ("Agreement") effective 10/1/1999.  Please be advised that LICENSEE has breached that Agreement by failing to make timely payment of license fees due pursuant to paragraph 11 of the Agreement.  As of June 29, 2004, LICENSEE has an outstanding balance due BMI of $14578.63.

This letter serves as notification that, if LICENSEE fails to pay the outstanding balance due BMI by July 31, 2004, LICENSEE's Agreement will be cancelled and LICENSEE must immediately CEASE and DESIST the public performance of BMI-licensed music.  Any public performance of BMI-licensed music after July 31, 2004 will be without BMI's permission and may subject LICENSEE to substantial damages for copyright infringement liability under the Federal Copyright Law.

BMI has, and will, exercise its right to protect the interests of its affiliated songwriters, composers and publishers against the unauthorized use of their copyrighted compositions.

Very truly yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing



Attach the Airborne Express Shippers Label within the dotted lines

**WEIGHT (LBS)**

1-L MAN

**PIECES**
1

**ZIPCODE**
60621

**SERVICES**

EXP

BMI
10 MUSIC SQUARE EAST
NASHVILLE
USA
615-401-2879

Taste Disco
6331 S Lowe Ave
CHICAGO
USA
Lawrence Simmons
738738700

SEQ. NO. 101

BILLING REF
31

ORIGIN/
BNA

SHIPMENT NO.
16645644971

SHIP DATE
06/29/04

DHL 1-800-225-5345 www.dhl-usa.com #1297 (03/04) S

MDWZ  5K

Ship# 16645644971
Ref:31
Ship Date:06/29/04
Wt:1-L
Svcs:EXP
Zip:60621

Bill To:SENDER
Desc:
Pcs:1

16645644971
16645644971

## United States Shipping

1. Complete applicable white sections of the Airbill. Sign and date the Airbill at the Sender's Signature line.
2. Peel off protective covering from back of Airbill.
3. Affix Airbill to envelope within dotted line.
4. When using ... follow spec...

... sections of th...
...bill at the Sender's Signature line.

...back of plastic sleeve. **Do not seal top**
...ve to the envelope.
...portion to envelope within the dotted lines shown.
**Airborne driver must sign Airbill before sealing.**

PEEL HERE. PLACE NEAR SHIPPING LABEL

We were here at /1:26  AM / PM on  9/2  (date) Route 06
We could not leave your shipment because:
☐ Signature Required  ☐ Residence Delivery  ☐ C.O.D. shipment,
   Delivery/ No one to      No secure area to      we were unable to
   accept.                  leave package.         collect payment of: $_____
☐ Per shipper's instructions or PDMA regulations, we must deliver the shipment
   directly to you. We CANNOT leave the shipment based on a note or a signature.
   Please call us when you will be available to take delivery. (DAO)

PEEL HERE. PLACE NEAR SHIPPING LABEL  703

## Limitation on Contents

The maximum acceptable contents of a Letter Express is forty (40)
...ht of the contents, envelope and
...higher rate will apply. Contents
...fit the envelope and allow it to be
...Cash or cash equivalent should not
...value should not be shipped in

...imited on Letter Express to $100.00
...declared for carriage on our airbill.
...the Letter Express is $500.00 U.S.D.

Airborne Express shall not be liable in any event for special,
incidental or consequential damages, including but not limited to loss
of profits or income. Services are provided as defined in the current
Airborne Express Service Guide (subject to change without notice).
Copies are available upon request.

We were here at /1:00  AM / PM on  7/30  (date) Route 06
We could not leave your shipment because:
☐ Signature Required  ☐ Residence Delivery  ☐ C.O.D. shipment,     ☐ Closed
   Delivery/ No one to      No secure area to      we were unable to
   accept.                  leave package.         collect payment of: $_____
☐ Per shipper's instructions or PDMA regulations, we must deliver the shipment
   directly to you. We CANNOT leave the shipment based on a note or a signature.
   Please call us when you will be available to take delivery. (DAO)

PEEL HERE. PLACE NEAR SHIPPING LABEL

**Signature**
**Required**

AIRBORNE
EXPRESS



July 27, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL  60621

RE:  2014911

Dear Mr. Simmons:

The enclosed correspondence was mailed to you via Air and was returned to this office as refused. We have noted our files accordingly and are returning the items to you via regular mail.

If you have any questions regarding this matter, please do not hesitate to contact us.

Sincerely,

Lawrence E. Stevens
Assistant Vice President
General Licensing

Enclosures:  Previous Correspondence, BRE
2014911/dc/EDE, 10/01/1999



June 29, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago IL 60621

**VIA AIRBORNE EXPRESS**

Re: Taste. Inc.
Account Number: 2014911

Dear Mr. Simmons:

Taste Disco ("LICENSEE") signed a BMI Music License for Eating and Drinking Establishments ("Agreement") effective 10/1/1999. Please be advised that LICENSEE has breached that Agreement by failing to make timely payment of license fees due pursuant to paragraph 11 of the Agreement. As of June 29, 2004, LICENSEE has an outstanding balance due BMI of $14578.63.

This letter serves as notification that, if LICENSEE fails to pay the outstanding balance due BMI by July 31, 2004, LICENSEE's Agreement will be cancelled and LICENSEE must immediately CEASE and DESIST the public performance of BMI-licensed music. Any public performance of BMI-licensed music after July 31, 2004 will be without BMI's permission and may subject LICENSEE to substantial damages for copyright infringement liability under the Federal Copyright Law.

BMI has, and will, exercise its right to protect the interests of its affiliated songwriters, composers and publishers against the unauthorized use of their copyrighted compositions.

Very truly yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing



August 10, 2004

Larry Simmons
Taste Disco
6331 S Lowe Ave
Chicago IL  60621

AIRBORNE

Dear Mr. Simmons:

I am an attorney in BMI's licensing department.  Your business or organization is not currently licensed to publicly perform music from the BMI repertoire.  BMI operates on a non-profit basis and represents songwriters, composers and publishers.  It is part of our responsibility in that regard to protect their copyrighted works from unlawful use without appropriate authorization.  Your BMI representative has contacted your business or organization several times in an effort to secure a license.  As of today, our records indicate that we have not received your signed agreement.  If you have already returned your signed BMI license, or otherwise secured permission to perform BMI affiliated music, please contact this office <u>immediately</u> at 1-877-264-2138.

We are enclosing another License Agreement for your completion and signature.  If you have questions or need assistance completing this document, please call me.

If we do not receive a completed license agreement, or a response to this letter indicating that you have otherwise licensed your BMI music, you should discontinue the public performance of music in the BMI repertory.  This is to advise you that any unlicensed performance of BMI-affiliated music may result in substantial damages under the Federal Copyright Law.

Sincerely,

William Grothe
Senior Director
General Licensing

Enclosures:  EDE1 Music License, Legal Aspects, BRE
/2014911/Premise State:  IL

| | Ship | **Track** | Transit Times | Rates | Pickups | Locations | Suppli |
|---|---|---|---|---|---|---|---|

| By Number | By Reference | By Email | Signature P.O.D. | Sky Courier Shipments |
|---|---|---|---|---|

▶ LOGIN   ▶ REGISTER
▶ Customer Service
▶ Domestic Services
▶ International Services
▶ Small Business Center
▶ Technology Tools
▶ About DHL

## TRACKING RESULTS: DETAIL

**Tracking Number:**    16645823574

### Shipment Summary:

Current Status:         Returned to shipper.
Returned on:            21831227714
Est. Delivery Date:     8/12/04

### Shipment History:

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 8/23/04 | 12:01 pm | Returned to shipper. | Alsip, IL |
| 8/16/04 | 3:30 pm | Awaiting pickup by recipient as requested. | Alsip, IL |
| 8/13/04 | 12:34 pm | Delivery Attempted. Please Call 1-888-273-8876. | Alsip, IL |
| 8/12/04 | 3:23 pm | Delivery Attempted. Will attempt again next business day. | Alsip, IL |
| | 7:44 am | Arrived at DHL facility. | Alsip, IL |
| 8/10/04 | 6:03 pm | Departing origin. | Nashville, TN |
| | 4:52 pm | Picked Up by DHL. | Shipper's Door |

**Shipper:**                                    **Receiver:**

B M I                                           TASTE DISCO
Nashville, TN 37203                             Chicago, IL  60621
United States                                   United States

### Shipment Detail:

| | | | |
|---|---|---|---|
| Service: | 2nd day | Ship Type: | Letter Express |
| Special: | | Description: | |
| Weight: | 1 | Shipper's Reference: | 31 |
| Pieces: | 1 | | |

▶ New Search

♦ Tracking detail provided by DHL: 8/26/2004, 2:21:09 pm pt.
♦ For assistance, please contact us.
♦ You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
   use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home

HP01

speci

## Signature Required

here

**AIRBORNE EXPRESS**

### United States Shipping

1. Complete applicable white sections of the U.S. Airbill Sign and date the Airbill at the Sender's Signature line. Please press hard.
2. Peel off protective c... of Airbill.
3. Affix Air...

DHL 1-800-225-5345 www.dhl-usa.com #1297 (03/04) $

ORIGIN
BNA

SHIPMENT NO.
16645823574

SHIP DATE
08/10/04

special instructio...

...ase type

...ational Express Airb...

...ignature line.

...tion in plastic sleeve.

4. Affix plastic sleeve to envelope.
5. **Retain bottom copy of Air-bill for your files.**

...racking of plastic sleeve.

PEEL HERE - PLACE NEAR SHIPPING LABEL.

We were here at ___ ___ AM/PM on ___ (date) Route ___
We could not leave your shipment because:
☑ Signature Required ☐ Residence Delivery ☐ C.O.D. shipment:
Delivery: No one to     No secure area to    we were unable to
☐ Per shipper's instructions of PDMA regulations, we must deliver the shipment
directly to you. We CANNOT leave the shipment on a note or a signature.
Please call us and tell us when you will be available to take delivery. (DAO)

SEQ. NO. 35

BILLING REF
31

6331 S LONE AVE

CHICAGO
USA
LARRY SIMMONS
7738726700

LIBRA 11.72

SDS THU

ZIPCODE
60621

PIECES
1

WEIGHT (LBS)
1-L

SERVICES
MAN

16645823574
16645823574

JOTZ 5K
SBH

### Limitation on Contents

The maximum acceptable...
8-1/2 x 11...

PEEL HERE - PLACE NEAR SHIPPING LABEL.

We were here at ___ ___ AM/PM on ___ (date) Route ___
We could not leave your shipment because:
☑ Signature Required ☐ Residence Delivery ☐ C.O.D. shipment:
Delivery: No one to     No secure area to    we were unable to
☐ Per shipper's instructions of PDMA regulations, we must deliver the shipment
directly to you. We CANNOT leave the shipment on a note or a signature.
Please call us and tell us when you will be available to take delivery. (DAO)

...ure on the Letter Express...
...rriage on our airbill.
...ss Express shall not be liable in any event for special, incidental or consequential damages, including but not limited to loss of profits or income. Services are provided as defined in the current Airborne Express Service Guide (subject to change without notice). Copies are available upon request.

Ship# 16645823574

Zip:60621
Ship Date:08/10/04     Ref:31
Wt:1-L                 Svcs:SDSTHU
Bill To:SENDER
Desc:

Pcs:1



September 1, 2004

Larry Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL  60621


RE:  Taste Disco


Dear Mr. Simmons:

The enclosed letter and license were mailed to you via AIRBORNE and were returned to this office as refused. We have noted our files accordingly and are returning the items to you via regular mail.

If you have any questions regarding this matter, please do not hesitate to contact us.


Sincerely,

Lawrence E. Stevens
Assistant Vice President
General Licensing


Enclosures:  Letter, MPA, BRE
2014911/tcj/ede, 07/01/2004

BMI®  10 Music Square East, Nashville, Tennessee  37203-4399        (800) 925-8451        Fax: (615) 401-2829        LSLLR.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.



August 10, 2004

Larry Simmons
Taste Disco
6331 S Lowe Ave
Chicago IL  60621                                    AIRBORNE

Dear Mr. Simmons:

I am an attorney in BMI's licensing department.  Your business or organization is not currently licensed to publicly perform music from the BMI repertoire.  BMI operates on a non-profit basis and represents songwriters, composers and publishers.  It is part of our responsibility in that regard to protect their copyrighted works from unlawful use without appropriate authorization.  Your BMI representative has contacted your business or organization several times in an effort to secure a license.  As of today, our records indicate that we have not received your signed agreement.  If you have already returned your signed BMI license, or otherwise secured permission to perform BMI affiliated music, please contact this office immediately at 1-877-264-2138.

We are enclosing another License Agreement for your completion and signature.  If you have questions or need assistance completing this document, please call me.

If we do not receive a completed license agreement, or a response to this letter indicating that you have otherwise licensed your BMI music, you should discontinue the public performance of music in the BMI repertory.  This is to advise you that any unlicensed performance of BMI-affiliated music may result in substantial damages under the Federal Copyright Law.

Sincerely,

William Grothe
Senior Director
General Licensing

Enclosures:  EDE1 Music License, Legal Aspects, BRE
/2014911/Premise State:  IL



Lawrence E. Stevens
Assistant Vice President
General Licensing

September 27, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL 60621

**DHL**

Dear Mr. Simmons:

Since you have refused to enter into a license agreement with BMI, this shall serve as formal notice to you that effective this date, you must cease all use of BMI licensed music in your business or organization. The continued use of music in the BMI repertoire without authorization will result in copyright infringement. Copyright infringement is a violation of federal law. Copyright infringement may subject you to substantial damages. BMI is prepared to take whatever action may be necessary to protect the right of its composers and publishers. Refer any questions regarding this matter to (800) 925-8451.

Very truly yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing

LS/dc/EDE





## TRACKING RESULTS: DETAIL

**Tracking Number:**  16646018174

### Shipment Summary:

| | |
|---|---|
| Current Status: | Recipient refused delivery. |
| Returned on: | 21831256812 |
| Est. Delivery Date: | 9/30/04 |

### Shipment History:

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 9/30/04 | 3:27 pm | Recipient refused delivery. | Alsip, IL |
| | 7:26 am | Arrived at DHL facility. | Alsip, IL |
| 9/28/04 | 5:33 pm | Departing origin. | Nashville, TN |
| | 5:02 pm | Picked Up by DHL. | Shipper's Door |

**Shipper:**

B M I
Nashville, TN  37203
United States

**Receiver:**

TASTE DISCO
Chicago, IL  60621
United States

### Shipment Detail:

| | | | | |
|---|---|---|---|---|
| Service: | 2nd day | Ship Type: | Letter Express |
| Special: | | Description: | |
| Weight: | 1 | Shipper's Reference: | 31 |
| Pieces: | 1 | | |

▶ New Search

- Tracking detail provided by DHL: 10/1/2004, 2:16:09 pm pt.
- For assistance, please contact us.
- You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

© DHL | Privacy Policy | Contact Us | Site Map | DHL Global/Corporate Information | Home



**TRACKING RESULTS: DETAIL**

**Tracking Number:**   16646018174

**Shipment Summary:**

| | |
|---|---|
| Current Status: | Returned to shipper. |
| Returned on: | 21831256812 |

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 10/1/04 | 1:47 pm | Returned to shipper. Picked Up by DHL. | |

**Shipper:**

B M I
Nashville, TN 37203
United States

**Receiver:**

TASTE DISCO
Chicago, IL 60621
United States

**Shipment Detail:**

| | | | | |
|---|---|---|---|---|
| Service: | 2nd day | | Ship Type: | Letter Express |
| Special: | | | Description: | |
| Weight: | 1 | | Shipper's Reference: | 31 |
| Pieces: | 1 | | | |

▸ New Search

- ✦ Tracking detail provided by DHL: 10/14/2004, 11:48:11 am pt.
- ✦ For assistance, please contact us.
- ✦ You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home



# DHL
EXPRESS

# 1-800-CALL DHL
www.dhl.com

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY
DHL CANNOT DELIVER TO P.O. BOXES

All services provided by
DHL Express are subject to
DHL Terms and Conditions
of Carriage as published at
www.dhl-usa.com and on
the DHL Waybill*.
DHL liability shall not exceed
US $100.00. Shipment Value
Protection may be arranged
upon request. If this shipment
involves an ultimate stop in a
country other than the country
of departure, the Warsaw
Convention may be applica

*Subject to change without notice.

© 2004 All rights reserved.

## Signature
## Required



**AIRBORNE
EXPRESS.**

SEQ. NO.  46

T  TASTE DISCO
R  O
O
M

F  BMI
R  10 MUSIC SQUARE EAST
O  NASHVILLE
M  USA                    TN
                         37203
                         615-401-2879

BILLING REF
31

ORIGIN
BNA

T  6331 S LONE AVE
0
M  CHICAGO
   USA
   LAWRENCE SIMMONS
   773-873-6700

SHIPMENT NO.
1664 6018174

SHIP DATE
09/28/04

W E I G H T (LBS)
1-L  MAN

PIECES
1

ZIPCODE
60621

SERVICES
SDS THU

IL

Refused

16646018174
16646018174

DHL 1-800-225-5345 www.dhl-usa.com    Place Waybill Pouch or peel and stick Waybill in this area.

Waybill #11297 (03/04) S

JOTZ 5K
SBH



Ship# 16646018174

Zip:60621         Ref:31
Ship Date:09/28/04   Svcs:SDSTHU
Wt:1-L
  Bill To:SENDER            Pcs:1
Desc:

DOC (3/04) RT

# BMI®

October 14, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL  60621

RE:  Taste Disco

Dear Mr. Simmons:

The enclosed correspondence was mailed to you via DHL and was returned to this office as refused. We have noted our files accordingly and are returning the items to you via regular mail.

If you have any questions regarding this matter, please do not hesitate to contact us.

Sincerely,

Lawrence E. Stevens
Assistant Vice President
General Licensing

Enclosures:  Previous Correspondence, BRE
2014911/tcj/edc, 07/01/2004

{2014911ii3574134925663^~



Lawrence E. Stevens
Assistant Vice President
General Licensing

September 27, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL  60621

**DHL**

Dear Mr. Simmons:

Since you have refused to enter into a license agreement with BMI, this shall serve as formal notice to you that effective this date, you must cease all use of BMI licensed music in your business or organization. The continued use of music in the BMI repertoire without authorization will result in copyright infringement. Copyright infringement is a violation of federal law. Copyright infringement may subject you to substantial damages. BMI is prepared to take whatever action may be necessary to protect the right of its composers and publishers. Refer any questions regarding this matter to (800) 925-8451.

Very truly yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing

LS/dc/EDE



Via DHL

December 2, 2004

Mr. Lawrence Simmons, President
Taste Inc.
dba Taste Disco
6331 South Lowe Avenue
Chicago, IL 60621

Re: Broadcast Music, Inc. & Taste Inc., dba Taste Disco
    BMI Account #2014911

Dear Mr. Simmons:

BMI is prepared to settle the above referenced account and to enter into a new music license under the following conditions:

1. All sums owed pursuant to the above referenced Arbitration Award dated October 1, 1999 will be paid in full.
2. The sums owed pursuant to the above referenced Award are as follows:
    (a) $14,050.79 representing music license fees due through June 30, 2004 and late payment charges due through November 30, 2004.
    (b) $658.38 representing statutory 9% annual interest for the period October 1, 1999-September 30, 2000.
    (c) $800.00 representing attorney fees.
    (d) $100.00 representing arbitrator fee.
    (e) $460.00 New York Court costs to confirm the Award
3. Execution of the enclosed music license commencing July 1, 2004 and payment of at least one half of the annual fee of $2,045.00 which would be $1,022.50.  The entire sum remaining for outstanding fees and associated costs is **$15,073.29.**

If you fail to sign the license agreement, or if any check remitted pursuant to this letter Agreement fails to clear upon presentation, this letter Agreement will become null and void and BMI may seek to enforce all rights and remedies available to it under the law.

This letter Agreement is the entire understanding between the parties. It will not be binding until signed by all parties and cannot be waived or added to or modified orally and no waiver, addition or modification will be valid unless in writing and signed by the parties. This Agreement, its validity, construction, and effect, will be governed by the laws of the State of New York.

This offer is open until the end of business December 9, 2004. If not accepted on or before the specified date, it shall be null and void and BMI will take all appropriate actions to enforce its rights pursuant to the Award and, separately, its rights pursuant to the US Copyright Law. If all obligations accepted pursuant to this letter Agreement are not completed by the end of business December 9, 2004, this letter Agreement shall be null and void and BMI will take all appropriate actions to enforce its rights pursuant to the Award and, separately, its rights pursuant to the US Copyright Law.

Please do not hesitate to contact me with questions at 615-401-2996.

Sincerely,

*Deborah Chenoweth*

Deborah Chenoweth
Account Executive, General Licensing

**AGREE TO AND ACCEPT**

## THE TERMS OF THIS LETTER AGREEMENT

_____

(Legal name of entity entering into this letter agreement)
By:                    _____
Title:                 _____

Signature:             _____
 Date:                 _____

Enclosures: MPA, BRE.

**BMI**®

LI-03 /10-EDE-1

Music License For

# Eating & Drinking Establishments

## With a BMI Music License
## You Get a Seal of Compliance &
## Access to Approximately 4.5 Million Musical Works!

Terms and Conditions of Agreement
(For Definitions, see Paragraph 10)

### 1. BMI GRANT

BMI grants you a non-exclusive license to publicly perform at the Licensed Premises all of the musical works of which BMI controls the rights to grant public performance licenses during the Term. This license does not include dramatic rights, the right to perform dramatico-musical works in whole or in substantial part or the right to use the musical works in any context which constitutes the exercise of "grand rights." This license also does not convey the right to publicly perform BMI musical works (a) by broadcast, telecast, cablecast or other electronic transmission (including by satellite, the Internet or on-line service) of the performances to persons outside the Licensed Premises; (b) by public performances requiring advance or hard ticket purchases pursuant to Paragraph 10(g); (c) by means of any coin-operated phonorecord player as defined in the Copyright Act ("Jukebox") where a Jukebox License Office agreement has been obtained for such Jukebox; (d) by any BMI-licensed background music service; and (e) by any coin-operated digital music service that does not qualify as a Jukebox. BMI may withdraw from the works licensed hereunder any musical work as to which any legal action has been instituted or claim made that BMI does not have the right to license public performances of that work.

### 2. CHANGES TO YOUR MUSIC POLICY

(a) Except as provided for herein, you may change your Music Policy upon which fees are assessed under this Agreement prospectively at any time during the Term on 30 days' prior notice to BMI, provided that your current policy has been in effect for at least 30 consecutive calendar days. You may change your fee no more than three times in any contract year. You may call your Customer Relations Executive at 1-800-925-8451 to notify BMI of a change in your Music Policy, and the change will be reflected in your next billing by BMI; however, doing so will not preserve your right to dispute BMI billings unless you send BMI timely notice of your policy change in writing. Billings adjusted by BMI hereunder will include a pro rata credit for any unearned license fees paid in advance under the changed policy. You also agree that you will notify BMI of any changes in the music use at the Licensed Premises that would make your representation of Music Policy under Paragraph 11(e) no longer accurate, and that any changes you make to your Music Policy hereunder shall constitute a true and accurate representation of your music usage from the date of the change onward. Any changes in Music Policy or Occupancy are subject to verification by any and all reasonable means which may include, but shall not be limited to, independent contacts by BMI representatives with your business establishment, use of public records, advertisements and third party observations.

(b) BMI may from time to time review your Music Policy (including any changes made to your policy) and make inquiries in person or by phone as to its accuracy. If BMI thereafter believes that you are not paying proper license fees because the use of music at the Licensed Premises should result in higher license fees under the criteria of this Agreement than is reflected in your current Music Policy, BMI will notify you by mail. If you agree to BMI's assessment of your Music Policy, the change will be reflected on your next billing. If you dispute BMI's assessment of your policy, you must notify BMI within 30 days of the notification by BMI. If within 90 days of such notification by BMI you do not respond or you and BMI cannot agree upon an appropriate fee, either party may commence an arbitration proceeding pursuant to Paragraph 7 to resolve the dispute over the amount of your license fees. Such right shall be in addition to any and all other remedies BMI may have under the Agreement, including the right to cancel this Agreement. You may not change your Music Policy under subparagraph (a) above if your fee is subject to dispute hereunder.

(c) In the event that you temporarily discontinue the use of all music (see Definitions) and you send written notice of this to BMI by certified mail within 30 days of the discontinuance, BMI will adjust your fees pro rata from the date of discontinuance. If such notice is received more than 30 days after the discontinuance, such discontinuance will be effective commencing on the first of the month following the date of BMI's receipt of the notice and BMI will adjust your fees prospectively for the remainder of the contract year in which BMI received the notice. In either event, your credit adjustment hereunder shall not reduce your Annual Fee due BMI below the Annual Minimum Fee applicable under the Agreement. In the event of such discontinuance, this license Agreement shall continue in effect, except that no minimum or other fee shall be payable during the period of discontinuance. You agree to notify BMI promptly when you resume the use of music at the Licensed Premises and your Music Policy in effect at the time of discontinuance will continue to be applicable until you notify BMI of a change. BMI reserves its right under subparagraph (b) hereof to review your Music Policy and take appropriate steps in the event that BMI believes that you have resumed the use of music under this Agreement.

### 3. LATE PAYMENT AND SERVICE CHARGES

BMI shall impose a late payment charge of one and one-half percent (1½%) per month or the maximum rate permitted by law, whichever is less, from the date any payment is due on any payment that is received by BMI more than thirty (30) days after the due date. BMI shall impose a $25.00 service charge for each unpaid check, draft or other means of payment you submit to BMI.

### 4. BMI COMMITMENT TO CUSTOMER / INDEMNITY

So long as you are not in default or arrears in payment under this Agreement, BMI agrees to indemnify, save harmless and defend you, your officers and employees, from and against any and all claims, demands or suits alleging copyright infringement that may be made or brought against them or any of them with respect to the public performance of any musical works which are licensed by BMI under this Agreement at the time of public performance. You agree to give

BMI immediate notice of any such claim, demand or suit, to deliver to BMI any papers pertaining hereto, and to cooperate with BMI with respect thereto, and BMI shall have full charge of the defense of any such claim, demand or suit.

**5.    SALE OF LICENSED PREMISES OR CLOSING OF BUSINESS**

In the event that you sell the Licensed Premises or close the business during the Term of this Agreement and you send BMI written notice by certified mail within 30 days of the sale or closing, BMI will adjust your fees pro rata from the date of sale or closing, and will refund to you any unearned licensed fees paid hereunder. Your credit adjustment hereunder shall not reduce your Annual Fee due BMI below the Annual Minimum Fee applicable under the Agreement.

**6.    BREACH OR DEFAULT / WAIVER**

Upon any breach or default of the terms and conditions of this Agreement, BMI has the right to cancel this Agreement. The right to cancel is in addition to any and all other remedies which BMI may have.

**7.    ARBITRATION**

All disputes of any kind, nature or description arising in connection with the terms and conditions of this Agreement, except for matters within the jurisdiction of the BMI Rate Court, shall be submitted to the American Arbitration Association in the City, County and State of New York, for arbitration under its then prevailing arbitration rules. The arbitrator(s) shall be selected as follows: Each of the parties shall, by written notice to the other, have the right to appoint one arbitrator. If, within ten (10) days following the giving of such notice by one party the other shall not, by written notice, appoint another arbitrator, the first arbitrator shall be the sole arbitrator. If two arbitrators are so appointed, they shall appoint a third arbitrator. If ten (10) days elapse after the appointment of the second arbitrator and the two arbitrators are unable to agree upon a third arbitrator, then either party may, in writing, request the American Arbitration Association to appoint the third arbitrator. The award made in the arbitration shall be binding and conclusive on the parties and judgment may be, but need not be, entered in any court having jurisdiction. Such award shall include the fixing of the costs, expenses and attorneys' fees of arbitration, which shall be borne by the unsuccessful party.

**8.    NOTICES**

Unless otherwise stated herein, any notice under this Agreement will be in writing and deemed given upon mailing when sent by ordinary first-class U.S. mail to the party intended, at its mailing address as stated, or any other address which either party may designate. Any such notice sent to BMI shall be to the attention of the Vice President, General Licensing, BMI, 10 Music Square East, Nashville, Tennessee, 37203. Any such notice sent to you shall be to the attention of the person signing this Agreement on your behalf or such other person as you may advise BMI in writing.

**9.    MISCELLANEOUS**

This Agreement is the entire understanding between the parties, will not be binding until signed by both parties, and cannot be waived or added to or modified orally, and no waiver, addition or modification will be valid unless in writing and signed by the parties. This Agreement is executed by the duly authorized representative of BMI and you. Your rights are not assignable. This Agreement, its validity, construction and effect, will be governed by the laws of the State of New York other than its choice of law provisions. The fact that any provisions are found by a court of competent jurisdiction to be void or unenforceable will not affect the validity or enforceability of any other provisions. All headings in this Agreement are for the purpose of convenience and shall not be considered to be part of this Agreement.

**10.    DEFINITIONS**

(a)    **Licensed Premises:** The eating or drinking establishment listed on Page 4 or on an attached exhibit.

(b)    **Music Policy:** Any single or combined use of the items defined in 10(c) - (j) and including Jukebox (Box 7) by you at the Licensed Premises during a contract year.

*Refer to Boxes 1-6 in the Fee Calculation on Page 3.*

(c)    **Live Music-Multiple Singers / Instrumentalists:** Music performed by more than one musician, singer or other entertainer actually present and performing at the Licensed Premises. **(Box 1)**

(d)    **Live Music-Single Singer / Instrumentalist:** Music performed by one musician, singer or other entertainer actually present and performing at the Licensed Premises. **(Box 1)**

(e)    **Recorded Music:** The performance of music by mechanical or electronic devices, which include, but are not limited to, compact discs (CDs), tapes, records and free-play jukeboxes. **(Box 2)**

(f)    **Enhanced Recorded Music:** Use of video tapes, DVDs and other projected visual images as an accompaniment/enhancement to recorded music performances (Karaoke). Enhanced Recorded Music does not include performances delivered by commercial broadcast, cablecast or satellite delivered television programming. **(Box 2)**

(g)    **Admission Charge / Cover Charge:** Payment including, but not limited to, minimum required purchases to enter or remain in certain parts of the Licensed Premises, excluding advance or hard ticket purchases sold through an outside independent ticket service (for which BMI may require a separate Music Performance Agreement). **(Box 3)**

(h)    **Dancing:** Allowing patrons, performers or employees to dance, at any time, to live or recorded music anywhere on the Licensed Premises, whether or not a dance floor, dance stage or an area purposely used for dancing is provided. **(Box 4)**

(i)    **Television and / or Radio Only:** Televisions and/or radios that are utilized solely for the reception of commercial broadcast, cablecast or satellite programming and only when no Recorded Music or Enhanced Recorded Music as defined in 10(e) and 10(f) above is performed and paid for under this Agreement. **(Box 5)**

(j)    **Occupancy:** The maximum allowable occupancy for the total premises of the Licensed Premises under local fire codes or similar regulations, which shall not be limited to the number of available seats. If no such regulations are in effect, then maximum occupancy shall mean one (1) person for every twenty (20) square feet of such total premises. **(Box 6)**

(k)    **Seasonal / Occasional Use:** The total aggregate use of music described herein at 10(c) - (j) in an establishment open less than twelve (12) months in any one year, or total aggregate music use as described herein, which occurs four (4) times or less in any one year will require that you contact BMI for their Seasonal/Occasional Use Fee Calculation license.

(l)    **Chain Operation:** Seven (7) or more licensable locations, that are commonly owned and operated by you, and that books, records and accounts for each are centrally maintained by you, will require that you contact BMI for its Chain Restaurant License.

**11.    FEES**

(a)    You agree to pay to BMI an Annual Fee as determined by your Music Policy.

    (i)    The Annual Fee payment for the initial contract year is due in full upon signing of this Agreement. The Annual Fee payment for subsequent contract years shall be due no later than 30 days after the anniversary date of this Agreement.

    (ii)    BMI shall discount the Annual Fee by 10% in any contract year if (A) you pay the Annual Fee in full and in a timely manner for such contract year in accordance with subparagraph (i) above; and (B) you do not otherwise owe BMI any fees under this or any prior BMI agreement.

    (iii)    Upon request, BMI will allow you to pay the Annual Fee on a semi-annual or quarterly basis, provided that your account is current. Semi-annual and quarterly payments are due no later than 30 days following each semi-annual or quarterly period. The discount provided for in subparagraph (ii) shall not be available if the Annual Fee is paid on a semi-annual or quarterly basis.

    (iv)    Notwithstanding subparagraph (iii), if any semi-annual or quarterly payment is not received by the 90th day after such payment is due, your ability to make semi-annual or quarterly payments shall immediately terminate for the remainder of this Agreement. In addition, the unpaid portion of the Annual Fee will be immediately due and payable.

(b)    Your fee is adjusted each year by an adjustment to the Rate Per Year Per Occupant as defined in the Fee Calculation chart. The Rate Per Year Per Occupant adjustment for each contract year after 2004 shall be an adjustment of the 2004 rate based upon the percentage increase or decrease in the United States Consumer Price Index (Urban, All Items) between October 2003 and October of the year prior to that contract year, rounded to the nearest five cents. BMI will advise you in writing of this adjustment as part of its annual billing process.

(c)    In no event shall the Annual Fee (per Box 6 of the Fee Calculation chart) due for any contract year be less than the Annual Minimum Fee (not including a Jukebox Fee, if any). The Annual Minimum Fee shall be $277.00 for 2003 (not including a Jukebox Fee, if any). Thereafter, the Annual Minimum Fee shall be adjusted at the same rate as the Rate Per Year Per Occupant pursuant to subsection (b) of this Paragraph, with the exception that all increases shall be rounded to the nearest dollar.

(d)    The Jukebox Fee shall also be adjusted at the same rate as the Rate Per Year Per Occupant pursuant to subsection (b) of this Paragraph, with the exception that all increases shall be rounded to the nearest dollar.

(e)    **You agree that the Music Policy set forth herein is, and will continue to be, a true and accurate representation of your music use at the Licensed Premises, unless changed as provided in Changes to Your Music Policy section of this Agreement (Paragraph 2).**

## FEE CALCULATION
**Check off the corresponding Rate Per Year Per Occupant for the ways music is used in your establishment.
Enter the amount(s) on the appropriate line(s) to the right.**

| Music Type | Frequency Per Week | Rate Per Year Per Occupant | | Fee Calculation |
|---|---|---|---|---|
| **1.    Live Music** *Check off the Rate Per Year Per Occupant box for the appropriate ways live music is used in your establishment. Enter the highest amount checked on the line to the right.* | | | | |
| Multiple Singers/Instrumentalists | 5-7 nights | $4.55 | ☐ | |
| ( 1 night = no more than 5 times in any one month) | 2-4 nights | $3.80 | ☐ | |
| | 1 night or less | $3.40 | ☐ | |
| Single Singer/Instrumentalist | 5-7 nights | $3.30 | ☐ | |
| ( 1 night = no more than 5 times in any one month) | 2-4 nights | $2.75 | ☐ | |
| | 1 night or less | $2.50 | ☐ | |
| | **Enter the highest amount checked above here.** | | | |
| **2.    Recorded Music** *Check off the Rate Per Year Per Occupant box for the appropriate ways recorded music is used in your establishment. Enter the corresponding amount checked on the line to the right.* | | | | $2.20 |
| ☐CDs,  ☐ tapes,  ☐ records,  ☐ free-play jukebox,  ☑ DJs,  ☐ VJs | | $2.20 | ☑ | $2.20 |
| **Enhanced Recorded Music (must also check Recorded Music above)** In addition, if you have any of the Enhanced Recorded Music uses below, check off the appropriate Rate Per Year Per Occupant box and enter the amount on the line to the right. | | | | |
| ☐ Karaoke,  ☐ video tapes,  ☐ DVDs | 5-7 nights | $0.50 | ☐ | |
| | 2-4 nights | $0.35 | ☐ | |
| (1 night = no more than 5 times in any one month) | 1 night or less | $0.25 | ☐ | |
| **3.    Admission or Cover Charge (for partial or entire premises)** *Check if there is an admission or cover charged at any time and enter the corresponding Rate Per Year Per Occupant.* *(Does not include advance or hard ticket purchases sold through an outside ticket service.)* | | $1.45 | ☑ | $1.45 |
| **4.    Dancing to Live or Recorded Music** (Must also check appropriate item(s) in Box 1 or 2 above.) Check if Dancing is permitted at any time and enter the corresponding Rate Per Year Per Occupant. | | $1.45 | ☑ | $1.45 |
| **5.    Television and/or Radio** *If you use TV and/or Radio, check here and enter the corresponding Rate Per Year Per Occupant, unless you are either exempt under U.S. copyright law or have checked off 1 or more items under Box 2, Recorded Music, above.* | | $1.00 | ☐ | |
| | **Total Rate Per Year Per Occupant** (Sum of Boxes 1 – 5) | | | $5.10 |

| | | |
|---|---|---|
| **6.    Occupancy ___401___ X Total Rate Per Year Per Occupant ___$5.10__  = Annual Fee** (If greater than 1,000 occupants, enter 1,000.) **(See definition, Paragraph 10(j))** | | $2,045.10 |
| OR | | |
| (If Occupancy is not established by local fire authority, use formula below. ) Total Square Footage of entire premises ___0___ ÷ 20 = _____ Occupancy Occupancy _____ X Total Rate Per Year Per Occupant _____ = Annual Fee | | OR |
| **ANNUAL MINIMUM FEE:** *If over $277.00 enter Annual Fee here.* *If $277.00 or less enter Annual Minimum Fee of $277.00* | | $2,045.10 |

| | | |
|---|---|---|
| **7.    Jukebox Fee** *(If your jukebox is licensable by the JLO (Jukebox License Office) but is not already licensed under a JLO license, check here. If the jukebox is already licensed under the JLO license, please enter Vendor name, address, phone no. below.)* | | |
| Jukebox Fee = $277.00 ☐ | | |
| Name/Company _____ JLO Cert. # _____ | | |
| Address _____ Phone _____ | | |
| City _____ State _____ Zip _____ | | |

| | |
|---|---|
| **ANNUAL FEE ALL USES** | $2,045.10 |
| If **ANNUAL FEE ALL USES** is greater than **$8,295.00**, enter *MAXIMUM FEE* of **$8,295.00** | $2,045.10 |
| **IF PAYING IN FULL BY CHECK OR CREDIT CARD, PLEASE DEDUCT 10% FROM THE "ANNUAL FEE ALL USES" AND ENTER ON LINE TO RIGHT. IF YOU WISH TO PAY BY CREDIT CARD,  CALL YOUR BMI REPRESENTATIVE AT 1-800-925-8451.** | $ |

Date: 12/02/2004          2014911

**12. OKLAHOMA RATE CHANGE NOTICE**
BMI shall notify LICENSEE of any rate change thirty (30) days prior to the expiration date of the Agreement.

**13. COLORADO 72 HOUR REVIEW**
LICENSEE shall have the right to rescind the Agreement for a period of seventy-two (72) hours after the execution of the Agreement.

**14. TERM OF AGREEMENT**
The initial Term of this annual Agreement shall begin on the first day of ____July, 2004____ and end on the last day of ____June, 2005____ , and this Agreement shall continue for additional periods of one (1) year each, unless canceled by either party at the end of any period, upon 30 days' advance written notice sent by certified mail, return receipt requested. Each one (1) year period, including the initial Term, is a "contract year."

**AGREEMENT**

AGREEMENT, made at New York, N.Y. on *(Date will be entered by BMI upon execution)* _____ between BROADCAST MUSIC, INC. (hereinafter "BMI"), a State of New York corporation with its principal offices at 320 West 57th Street, New York, N.Y. 10019 and the legal or trade name described below and referred to thereafter as "you" (the "Agreement"). This Agreement includes all of the terms and conditions set forth herein.

## PLEASE RETURN THIS ENTIRE SIGNED LICENSE AGREEMENT WITH YOUR CHECK
## DO NOT DETACH FIRST PAGE
### PLEASE RETURN ENTIRE DOCUMENT TO BMI, 10 Music Square East, Nashville, TN 37203

ENTER LEGAL NAME:

Taste, Inc.
(Name of corporation, partnership, or individual owner)

ENTER TRADE NAME:

Taste Disco
(Doing business under the name of)

**CHECK APPROPRIATE BOX AND COMPLETE**

☐ Individual Ownership

☐ LLC  ☑ Corporation ____IL____
(State of incorporation, if different from Premise Address)

☐ LLP  ☐ Partnership _____
(Enter names of partners)

☐ Other _____

Fed Tax ID # _____

---

LICENSED PREMISES

6331 South Lowe
(Street)

Chicago            IL            60621
(City)            (State)            (Zip)

(773) 873-6700
(Telephone No.)            (Fax Number)

Larry Simmons                    President
(Contact Name)            (Title)

(Email Address)            (Web Address)

MAILING ADDRESS

6331 S Lowe Ave
(Street)

Chicago            IL            60621
(City)            (State)            (Zip)

(Telephone No.)            (Fax Number)

(Contact Name)            (Title)

(Email Address)

---

*Some state or national trade associations have discount agreements with BMI. Contact your association to see if you qualify for one association discount only.*

<table>
<tr><td>

**TO BE COMPLETED BY LICENSEE**
**By signing this Agreement you agree that the foregoing is a true and accurate representation of your Music Policy.**

I have read and have understood all of the terms and conditions herein and my signature below is evidence of this.
***(SIGN HERE - PLEASE INCLUDE PAYMENT)***

_____
Signature

_____
Print Name / Title

</td><td>

**FOR ADMINISTRATIVE USE ONLY**
**TO BE COMPLETED BY BMI**
BROADCAST MUSIC, INC.

</td></tr>
</table>

| FOR BMI USE ONLY | |
| --- | --- |
| 2014911 | 2014911 |
| **Account No.** | **COID** |



* BMI and the Music Stand symbol are registered trademarks of Broadcast Music, Inc.

```
ATTN:      TRACEY JOHNSON
FROM:      AIRBORNE EXPRESS ICOR SYSTEM
REFERENCE:
COMMENTS:
```

| AIRBILL NUMBER | DATE | CHARGES | PU RTE/DB | DECLD.VAL. | DHL EXPRESS (USA) INC. |
|---|---|---|---|---|---|
| BNA<br>  23996782353 | 12/02/04 | PREPAID | SD   404 | | 1200 S PINE ISLAND ROAD<br>PLANTATION, FL  33324<br>WWW.DHL-USA.COM<br>1 800 CALL-DHL |

| SHIPPER AND CONSIGNEE |
|---|

| S<br>H | B M I<br>10 MUSIC SQ E          NASHVILLE        TN 37203 | 3-181555387 |
|---|---|---|

SENT BY  S. BARNUM 6154012879

| C<br>O | TASTE INC<br>6331 SOUTH LOWE AVE    CHICAGO       IL 60621 | 0- |
|---|---|---|

ATTN    LAWRENCE SIMMONS 773 873 6700

| BILL TO | | | ENTRY STATION: BNA<br>OPERATOR ID:    /CE |
|---|---|---|---|
| 181555387                  XC7<br>B M I<br><br>10 MUSIC SQ E<br>NASHVILLE        TN 37203 | FACSIMILE<br><br>AIR WAYBILL | BNA 940  33700080 | |

REF 26

| NO.PCS | DESCRIPTION OF CONTENTS | SRVC | WEIGHT | SCL/CMM | TOTAL CHARGES |
|---|---|---|---|---|---|
| 1 | | | 1 | 15969/E4<br>S   L | $      5.87 |
| A | | | | | |

| FREIGHT<br>CHARGES<br>   5.70 | P/U<br>#  | PICKUP | DELIVERY | SHIP VALUE<br>PROTECTION | FEES<br>$    0.17 | FEES APPLIED<br><br>FUEL SURCHARGE  2.9% APPLIED |
|---|---|---|---|---|---|---|
| ADVANCES<br>ORIGIN | ADVANCE<br>DEST. | | C.O.D.<br>FEE | C.O.D——> | | |

THANK YOU FOR CHOOSING DHL

| RECEIVED BY | | | | TRFF.DEST<br>JOT | DATE | TIME | STA |
|---|---|---|---|---|---|---|---|
| X    RF    22009327012 SVC STDRTN 32 | | | 1 | CTL-JOT | 12/14/04 | 18:20 | JOT |



December 28, 2004

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL  60621


RE:  Taste Disco


Dear Mr. Simmons:

The enclosed letter and license were mailed to you via DHL and were returned to this office as unclaimed. We have noted our files accordingly and are returning the items to you via regular mail.

If you have any questions regarding this matter, please do not hesitate to contact us.


Sincerely,

Jack Flynn

Jack Flynn
Senior Director
General Licensing


Enclosures:  Letter/LA/BRE
2014911/skr/ede1, 07/01/2004

 10 Music Square East, Nashville, Tennessee  37203-4399          (800) 925-8451          Fax: (615) 401-2829          Crtux.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

{2014911ii36491158556609<~



Via DHL

December 2, 2004

Mr. Lawrence Simmons, President
Taste Inc.
dba Taste Disco
6331 South Lowe Avenue
Chicago, IL 60621

Re: Broadcast Music, Inc. & Taste Inc., dba Taste Disco
    BMI Account #2014911

Dear Mr. Simmons:

    BMI is prepared to settle the above referenced account and to enter into a new music license under the following conditions:

1. All sums owed pursuant to the above referenced Arbitration Award dated October 1, 1999 will be paid in full.
2. The sums owed pursuant to the above referenced Award are as follows:
    (a) $14,050.79 representing music license fees due through June 30, 2004 and late payment charges due through November 30, 2004.
    (b) $658.38 representing statutory 9% annual interest for the period October 1, 1999-September 30, 2000.
    (c) $800.00 representing attorney fees.
    (d) $100.00 representing arbitrator fee.
    (e) $460.00 New York Court costs to confirm the Award
3. Execution of the enclosed music license commencing July 1, 2004 and payment of at least one half of the annual fee of $2,045.00 which would be $1,022.50. The entire sum remaining for outstanding fees and associated costs is **$15,073.29.**

    If you fail to sign the license agreement, or if any check remitted pursuant to this letter Agreement fails to clear upon presentation, this letter Agreement will become null and void and BMI may seek to enforce all rights and remedies available to it under the law.

This letter Agreement is the entire understanding between the parties. It will not be binding until signed by all parties and cannot be waived or added to or modified orally and no waiver, addition or modification will be valid unless in writing and signed by the parties. This Agreement, its validity, construction, and effect, will be governed by the laws of the State of New York.

This offer is open until the end of business December 9, 2004. If not accepted on or before the specified date, it shall be null and void and BMI will take all appropriate actions to enforce its rights pursuant to the Award and, separately, its rights pursuant to the US Copyright Law. If all obligations accepted pursuant to this letter Agreement are not completed by the end of business December 9, 2004, this letter Agreement shall be null and void and BMI will take all appropriate actions to enforce its rights pursuant to the Award and, separately, its rights pursuant to the US Copyright Law.

Please do not hesitate to contact me with questions at 615-401-2996.


Sincerely,

Deborah Chenoweth

Deborah Chenoweth
Account Executive, General Licensing


**AGREE TO AND ACCEPT**

## THE TERMS OF THIS LETTER AGREEMENT

_____
(Legal name of entity entering into this letter agreement)
By:          _____
Title:        _____

Signature:  _____
Date:        _____


Enclosures: MPA, BRE.



Lawrence E. Stevens
Assistant Vice President
General Licensing

March 9, 2005

Lawrence Simmons
Taste Disco
6331 S Lowe Ave
Chicago, IL  60621

RE:    Taste Disco

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

2014911/dc

BMI®  10 Music Square East, Nashville, Tennessee 37203-4399          (615) 401-2823          Fax: (615) 401-2861          7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

{2014911ii3719101207166G~



Lawrence E. Stevens
Assistant Vice President
General Licensing

June 21, 2006

Lawrence Simmons
Taste Entertainment Center
6331 S. Lowe Ave.
Chicago, IL  60621

RE:    Taste Entertainment Center

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

2014911/gpb

10 Music Square East, Nashville, Tennessee  37203-4399          (615) 401-2823          Fax: (615) 401-2861          7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.



Lawrence E. Stevens
Assistant Vice President
General Licensing

August 21, 2006

Larry Simmons
Taste Entertainment Center
6331 S Lowe Ave
Chicago, IL 60621

RE:    Taste Entertainment Center

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers. However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive. Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

2014911



October 20, 2006

Lawrence Simmons
Taste Entertainment Center
6331 S Lowe Ave
Chicago, IL 60621

RE:    Taste Entertainment Center

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers. However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive. Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Paul Knipler
Senior Director
General Licensing

2014911

BMI®  10 Music Square East, Nashville, Tennessee 37203-4399          (888) 492-6264        Fax: (615) 401-2404        7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

*2014911iiAP100663626231E~*



December 20, 2006

Lawrence Simmons
Taste Entertainment Center
6331 S Lowe Ave
Chicago, IL 60621

RE:    Taste Entertainment Center

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers. However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive. Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Paul Knipler
Senior Director
General Licensing

2014911



February 22, 2007

Lawrence Simmons
Taste Entertainment Center
6331 S Lowe Ave
Chicago, IL  60621

RE:    Taste Entertainment Center

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

*Paul Knipler*

Paul Knipler
Senior Director
General Licensing


2014911

10 Music Square East, Nashville, Tennessee  37203-4399          (888) 492-6264          Fax: (615) 401-2404          7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

*2014911ii*AP02076831125N~



April 25, 2007

Lawrence Simmons
Taste Entertainment Center
6331 S Lowe Ave
Chicago, IL  60621

RE:    Taste Entertainment Center

Dear Mr. Simmons:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Paul Knipler
Senior Director
General Licensing

2014911

BMI®    10 Music Square East, Nashville, Tennessee  37203-4399        (888) 492-6264        Fax: (615) 401-2404        7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

*2014911ii4P0407705070?t~



June 21, 2007

Lawrence Simmons
Taste Entertainment Center #2014911
6331 S Lowe Ave
Chicago, IL 60621

VIA UPS

Dear Mr. Simmons:

As BMI has made repeated attempts to resolve the outstanding breach balance, in addition to notifying you of subsequent infringements by your establishment on May 20, 2005, January 24, 2006, and May 4, 2007, this letter will serve as our final attempt to settle this matter. Enclosed are BMI's letters to you of April 30, 1999, August 10, 2004, and September 27, 2004, in which you were made aware that BMI would not permit the unauthorized use of music we control to be used in your establishment.

The following is a complete breakdown of the outstanding fees and unlicensed period fees in which full payment is necessary in order to the resolve the breach and unlicensed periods.

| Outstanding Breach Balance | Music License Fee | Applicable Cost | Amt. Paid | Period Balance |
|---|---|---|---|---|
| 10/01/99 – 9/30/00 | $1,863.00 | | $465.75 | $1,397.25 |
| 10/01/00 – 9/30/01 | $1,925.10 | | | $1,925.10 |
| 10/01/01 – 9/30/02 | $1,987.20 | | | $1,987.20 |
| 10/01/02 – 9/30/03 | $2,049.30 | | | $2,049.30 |
| 10/01/03 – 6/30/04 (pro-rated period) | $1,583.50 | | | $1,583.50 |
| Late fees on unpaid open periods | | $2,928.04 | | $2,928.04 |
| Arbitration Attorney fees/expenses | | $ 900.00 | | $ 900.00 |
| AAA Arbitrator/Administrative Costs | | $  0.00 | | $  0.00 |
| Court Costs | | $ 460.00 | | $ 460.00 |
| Statutory Legal Interest | | $ 614.00 | | $  614.00 |
| Breach Balance | | | | $13,844.39 |

| Current Unlicensed Periods License fee | | | | |
|---|---|---|---|---|
| 07/01/04-06/30/05 | $2,045.10 | (DJ, Dancing, Cover) | | $2,045.10 |
| 07/01/05-06/30/06 | $2,562.39 | (DJ, Dancing, Cover, Occasional Live) | | $2,562.39 |
| 07/01/06-06/30/07 | $2,634.57 | (DJ, Dancing, Cover, Occasional Live) | | $2,634.57 |
| 07/01/07-06/30/08 | $2,734.82 | (DJ, Dancing, Cover, Occasional Live) | | $2,734.82 |
| Total net due | | | | $23,821.27 |

In order to resolve this issue at this time, the enclosed license agreement should be completed, signed and returned with a payment for all outstanding breach balance, total fees for unlicensed periods and Music Researcher costs of $843.88 for a combined total of $24,665.15 by June 28, 2007. If a firm payment plan is necessary, please contact me immediately. Should you fail to resolve this matter, you will leave BMI no other alternative but to forward this matter to our attorneys for whatever appropriate action they deem necessary.

Sincerely,

Paul Knipler
Director
General Licensing

Enclosure: Attny; Music License; BRE

10 Music Square East, Nashville, Tennessee  37203-4399
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.

(800) 925-8451     Fax: (615) 401-2829     Mod8dmdx.doc





**UPS United States**

| Shipping | Tracking | Freight | Locations | Support | Business Solutions |

Log-In  User ID: _____  Password: _____ 🔲  | Forgot Password        Register

**Tracking**

- **Track Shipments**
  - Track by Reference
  - Get Signature Images
  - Track by E-mail
  - Import Tracking Numbers
  - SMS Tracking
- Track with Quantum View
- Access Flex Global View
- Integrate Tracking Tools
- Void a Shipment 🔒
- Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

**Track Packages & Freight      Quantum View      Flex Global View**

**Tracking Detail**                                    Printer Friendly 🗗 | Help 🗗

### Your package has been delivered.

| | |
|---|---|
| Tracking Number: | 1Z 378 50X 01 9926 009 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 06/22/2007 9:56 A.M. |
| Signed by: | ANDX |
| Location: | FRONT DESK |
| Delivered to: | CHICAGO, IL, US |
| Shipped or Billed on: | 06/21/2007 |
| Service Type: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| CHICAGO, IL, US | 06/22/2007 | 9:56 A.M. | DELIVERY |
| | 06/22/2007 | 7:40 A.M. | OUT FOR DELIVERY |
| LOUISVILLE, KY, US | 06/22/2007 | 12:42 A.M. | ARRIVAL SCAN |
| NASHVILLE, TN, US | 06/21/2007 | 7:11 P.M. | DEPARTURE SCAN |
| | 06/21/2007 | 6:30 P.M. | ORIGIN SCAN |
| US | 06/21/2007 | 5:03 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 06/28/2007 10:32 A.M. EST (USA)

Printer Friendly 🗗

**Get Notified: Quantum View Notify[SM]**
Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.



Mr. Lawrence Simmons                                    August 1, 2007
6331 S. Lowe Ave.
Chicago, IL 60621

RE: Taste Entertainment Center

Dear Mr. Simmons:

Since you have not responded to our attempts to resolve the outstanding license for Taste
Entertainment Center, this matter has been forwarded to our attorneys for whatever action
they deem necessary. Any future communication will need to be with them.

Sincerely,

Lawrence E. Stevens
Assistant Vice-President
General Licensing

10 Music Square East, Nashville, Tennessee 37203-4399      615-401-2823      Fax: 615-401-2861      E-Mail: lstevens@bmi.com
® BMI and the Musicstand symbol are registered trademarks of
Broadcast Music, Inc.