**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,** | |
| **Plaintiffs,** | **Civil Action No.: 1:08-CV-01359** |
| **vs.** | **Judge Gottschall** |
| | **Magistrate Judge Keys** |
| **TASTE, INC. d/b/a TASTE ENTERTAINMENT CENTER; LAWRENCE SIMMONS and DONALD SIMMONS, each individually.** | |
| **Defendants.** | |

To:

Donald Simmons
35 Huntly Ct.
Crete, Illinois 60417

Taste, Inc.
c/o Lawrence E. Simmons
6331 S. Lowe Avenue
Chicago, Illinois 60621

Lawrence Simmons
9123 Cregier
Chicago, Illinois 60617

PLEASE TAKE NOTICE that the undersigned attorneys will appear before U.S. District Judge Joan B. Gottschall, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, in Room 2325 or in the courtroom usually occupied by her, at 9:30 a.m. or as soon thereafter as counsel may be heard, on Thursday, June 19, 2008, and then and there present the accompanying MOTION FOR DEFAULT JUDGMENT, a copy of which is hereby served upon you.

Dated: June 16, 2008

Respectfully submitted,

/s/Charles A. Laff
Charles A. Laff, Esq.
claff@michaelbest.com
Gretchen M. Hosty, Esq.
ghkotleba@michaelbest.com
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Gretchen M. Hosty, an attorney of record in this matter, certify that on June 16, 2008, I caused a copy of the following document:

**NOTICE OF MOTION**

to be served on the defendants by United States mail, first-class postage pre-paid:

Donald Simmons
35 Huntly Ct.
Crete, Illinois 60417

Taste, Inc.
c/o Lawrence E. Simmons, as Registered Agent
6331 S. Lowe Avenue
Chicago, Illinois 60621

Lawrence Simmons
9123 Cregier
Chicago, Illinois 60617

*/s/Gretchen M. Hosty*
Gretchen M. Hosty