# EXHIBIT 2

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # S188-9932 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>APR 15 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>Date:<br>Filing Fee: $10<br>Approved: [signature] |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Broadcast Music, Inc., et al.  _first named plaintiff_
   v.
   Taste, Inc., et al.  _first named defendant_
   
   Number  08-C-1359

2. Name of corporation being served: Taste, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: Northern District of Illinois
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.
   
   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.
   
   c. ☐ The corporation was dissolved on _____, _____; the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.
   
   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
   
   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 6331 S. Lowe Avenue, Chicago, Illinois 60621

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _[signature]_ Signature of Affiant   April 9, 2008

   ( 312 ) 222-6645
   Telephone Number

**Return to (please type or print clearly):**

Gretchen M. Hosty
180 N. Stetson Avenue, Suite 2000
Chicago, IL 60601

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Taste Inc
   c/o Lawrence Simmons
   6331 S. Lowe Ave.
   Chicago IL 60621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X L. Simmons      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 4/26/08

[USPS ENGLEWOOD STATION CHICAGO IL 60621 — APR 28 2008 postmark]

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchand
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7006 0810 0004 6800 4550

PS Form 3811, August 2001       Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE  CHICAGO IL 606
28 APR 2008 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   Gretchen Hosty Kotleba
   Two Prudential Plaza
   180 North Stetson Ave.
   Suite 2000
   Chicago, IL  60601-6710

   018854-9011

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Broadcast Music, Inc., et al.

V.

Taste, Inc. d/b/a/ Taste Entertainment Center;
Lawrence Simmons and Donald Simmons

CASE NUMBER: **08 C 1359**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Taste, Inc.
c/o Lawrence E. Simmons, as Registered Agent
6331 S. Lowe Avenue
Chicago, IL 60621

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles A. Laff
Michael Best & Friedrich LLP
180 N. Stetson Avenue, Suite 2000
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/ Anya Ellis
-------------------------------
(By) DEPUTY CLERK

**March 6, 2008**
-------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

  G Served personally upon the defendant. Place where served: _____
_____

  G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

  G Returned unexecuted: _____
_____
_____

  G Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____ _____<br>        Date     *Signature of Server*<br><br><br>           _____<br>           *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.