# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

```
-------------------------------------X
                                     :
BROADCAST MUSIC, INC., et al.,       :
                                     :    Civil Action No.: 1:08-CV-01359
                   Plaintiffs,       :
                                     :    Judge Gottschall
            vs.                      :    Magistrate Judge Keys
                                     :
TASTE, INC. d/b/a TASTE ENTERTAINMENT :
CENTER; LAWRENCE SIMMONS and         :
DONALD SIMMONS, each individually.   :
                                     :
                   Defendants.       :
                                     :
-------------------------------------X
```

## DECLARATION OF CHARLES A. LAFF

I, Charles A. Laff, submit this Declaration in Support of Plaintiffs' Motion for Default Judgment.

1. I am a partner in the Intellectual Property Group at Michael Best & Friedrich LLP, counsel for Plaintiffs in this action. My practice is exclusively intellectual property matters.

2. I submit this declaration in support of plaintiffs' Motion for Default Judgment. All of the facts in this declaration are made upon my personal knowledge or upon my review of the records that Michael Best & Friedrich regularly keeps in the ordinary course of its business, and is true and correct to the best of my knowledge, information and belief.

3. Since at least January 1, 2008, my hourly billing rate is $620/hr. Based on my experience in this community, these rates are comparable to other intellectual property litigators in the Chicago area with similar experience and expertise. I had one associate, Gretchen M.

Hosty, assist me with this case. Ms. Hosty's hourly rate is $285, which is comparable to the billing rates for intellectual property associates in the Chicago area with similar experience. I had one paralegal, Irene McKirdy, assist me with this case. Ms. McKirdy's hourly rate is $185, which is comparable to the billing rates for intellectual property paralegals in the Chicago area with similar experience.

4.  According to the timekeeping records that Michael Best & Friedrich LLP regularly keeps in the ordinary course of its business, I spent a total of 0.7 hours working on this matter, Ms. Hosty spent a total of 17.8 hours working on this matter, and Ms. McKirdy spent a total of 4.90 hours working on this matter through May 31, 2008. The fees for this matter total $6,547.50, in addition to $728.40 for costs. Total billed and unbilled fees and costs for this matter through May 31, 2008, are $7,275.90. Further, the time that has been spent or that I estimate will be spent working on this matter from June 1, 2008, through the presentment of this motion will be three hours for me, including reviewing and revising the Motion for Default Judgment, Memorandum in Support thereof, and accompanying affidavits, and preparing for and attending the hearing before the Court regarding the same, and eight hours for Ms. Hosty, including, attending the status hearing before the court on June 11, 2008, and drafting, reviewing, revising, filing, and serving the Motion for Default Judgment, Memorandum in Support thereof, and accompanying affidavits for total fees of $4,140.00. Accordingly, the total fees and costs for this matter are $11,415.90.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 16, 2008                             s/Charles A. Laff
                                                  Charles A. Laff, Esq.

## CERTIFICATE OF SERVICE

I, Gretchen M. Hosty, an attorney of record in this matter, certify that on June 16, 2008, I caused a copy of the following document:

**AFFIDAVIT OF CHARLES A. LAFF**

to be served on the defendants by United States mail, first-class postage pre-paid:

> Donald Simmons
> 35 Huntly Ct.
> Crete, Illinois 60417
>
> Taste, Inc.
> c/o Lawrence E. Simmons, as Registered Agent
> 6331 S. Lowe Avenue
> Chicago, Illinois 60621
>
> Lawrence Simmons
> 9123 Cregier
> Chicago, Illinois 60617

                                              */s/Gretchen M. Hosty*
                                              Gretchen M. Hosty