UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Broadcast Music, Inc., et al.
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−01359
                                                       Honorable Joan B. Gottschall

Taste, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion hearing held on 6/19/2008 regarding motion for default judgment, [15]. ( Motion Hearing set for 7/24/2008 at 09:30 AM.) The court grants Defendant's oral request for an extension of time to retain counsel. Defendants are required to appear with counsel on 7/24/2008 at 9:30AM. If defendants fail to appear, the motion for default judgment [15] will be granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.