Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHG*

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1359 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Broadcast Music, Inc., et al vs. Taste, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for default judgment [15] is granted. Enter Order of Judgment. It is hereby ordered that default judgment is entered in favor of Plaintiffs and against Defendants Taste, Inc. d/b/a Taste Entertainment Center; Lawrence Simmons and Donald Simmons, each individually in the amount of $45,000.00 for statutory damages and $15,000.00 for costs and attorneys fees. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:03

FILED
2008 JUL 31 PM 3:00
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|