*MHN*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                         :

**BROADCAST MUSIC, INC., et al.,**      :

                         :     **Civil Action No.: 1:08-CV-01359**

            **Plaintiffs,**     :

                         :

            **vs.**             :     **Judge Gottschall**

                         :     **Magistrate Judge Keys**

**TASTE, INC. d/b/a TASTE ENTERTAINMENT** :
**CENTER; LAWRENCE SIMMONS and**     :
**DONALD SIMMONS, each individually.**     :

                         :

           **Defendants.**    :

                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## ORDER OF JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

### I

Plaintiffs' Motion for Default Judgment against Defendants is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of fifteen (15) musical compositions owned and/or licensed by Plaintiffs.

### II

Plaintiffs shall recover from Defendants statutory damages in the amount of $3,000 for each of the fifteen (15) musical compositions, for a total of $45,000, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants, full costs in this action, including reasonable

attorney's fees in the amount of $~~~~~~~~~~~ pursuant to 17 U.S.C. Section 505.

*$15,000.00 JBG*

IV

Plaintiffs shall recover from Defendants interest on the full amount of this judgment, from

the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants and Defendants' agents, servants, employees and all persons acting under his

permission or authority shall be permanently enjoined and restrained from infringing, in any

manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the

judgment granted.

DATED: ~~June~~ ___, 2008.

*July 31, 2008*

_____
UNITED STATES DISTRICT JUDGE
Joan B. Gottschall