# United States District Court

## Northern District of Illinois

### Eastern Division

Broadcast Music, Inc., et al

v.

Taste, Inc., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 1359

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendants Taste, Inc. d/b/a Taste Entertainment Center; Lawrence Simmons and Donald Simmons, each individually in the amount of $45,000.00 for statutory damages and $15,000.00 for costs and attorneys fees. Civil Case Terminated.

Michael W. Dobbins, Clerk of Court

Date: 7/31/2008

/s/ Rhonda Johnson, Deputy Clerk